UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-mj-71-2 (ZMF) |
| : | |
| **LISA MARIE EISENHART,** : | |
|   Defendant. : | |

## ORDER

Upon consideration of the Government's Appeal of Release Order and Motion for Emergency Stay and for Review of Detention Order as to defendant Lisa Marie Eisenhart

It is this _____ day of January, 2021,

**ORDERED**, that the Motion for an Emergency Stay communicated via e-mail is hereby **GRANTED** and the release order entered by the Western District of Tennessee Magistrate Judge on January 25, 2021 as to defendant Lisa Marie Eisenhart is **STAYED** pending review of the detention decision by this Court.

BERYL A. HOWELL
CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA