**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-mj-71-2 (ZMF)** |
| | **:** | |
| **LISA MARIE EISENHART,** | **:** | |
| **Defendant.** | **:** | |

**TRANSPORT ORDER**

Having considered the United States' Motion, communicated via e-mail, to have the

defendant Lisa Marie Eisenhart transported from the Middle District of Tennessee to the District

of Columbia for further proceedings on the Complaint filed against her, it is hereby **ORDERED**

That the United States Marshals Service transport the defendant forthwith from the

Middle District of Tennessee to the District of Columbia for further proceedings in this matter.

DATE: January 26, 2021

BERYL A. HOWELL
CHIEF JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

1