**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) ) v. ) ) LISA MARIE EISENHART ) | Case No. 1:21-mj-00071 |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT
AND ALL PARTIES OF RECORD:

Please enter the appearance of Gregory S. Smith, as appointed counsel under the Criminal Justice Act for Defendant Lisa Eisenhart, in the above-referenced case.

Dated   Washington, D.C. Respectfully submitted,
 February 1, 2021

 /s/ Gregory S. Smith
 Gregory S. Smith (D.C. Bar #472802)
 Law Offices of Gregory S. Smith
 913 East Capitol Street, S.E.
 Washington, D.C. 20003
 Telephone: (202) 460-3381
 Facsimile: (202) 330-5229
 Email: gregsmithlaw@verizon.net