## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**v.** )<br>)<br>**ERIC MUNCHEL,** )<br>)<br>**Defendant.** )<br>) | **No. 21-mj-71 (ZMF)-1** |

### NOTICE OF APPEARANCE

Please enter the appearance of Assistant Federal Public Defender Sandra Roland on behalf of the defendant, Eric Munchel, in the above captioned matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

SANDRA G. ROLAND
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Sandra_Roland@fd.org