# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 21-mj-00071-ZMF |
| v. | : | |
| | : | |
| ERIC MUNCHEL and | : | |
| LISA EISENHART | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Justin Sher is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: February 11, 2021

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
NEW YORK BAR NO. 4444188

By:    */s/ Ahmed Baset*
Ahmed M. Baset
IL Bar No. 630-4552
Assistant United States Attorney
555 4th Street, N.W. Room #3626
Washington, DC 20530
202-252-7097
ahmed.baset@usdoj.gov

*/s/ Justin Sher*
Justin Sher
D.C. Bar No. 974235
Trial Attorney
National Security Division
United States Department of Justice 950
Pennsylvania Avenue, NW Washington,
D.C. 20004
202-353-3909
justin.sher@usdoj.gov