UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ERIC GAVELEK MUNCHEL and
LISA MARIE EISENHART,
*Defendants.*

Case No. 1:21-cr-118-RCL

## ORDER

The Court incorporates by reference the findings Chief Judge Howell made in Standing Order 20-93 regarding the dangers COVID-19 currently poses in this District and adopts them as its own findings.

The Standing Order suffices to exclude time under the Speedy Trial Act. Out of an abundance of caution, however, the Court additionally **FINDS** that the interests of justice require excluding the period between today and March 15, 2021 under the Speedy Trial Act because (a) the interests of justice are served by continuing criminal proceedings to protect public health and safety and (b) the defendants' right to a fair trial—impossible under current conditions—outweighs the public's right to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court further **FINDS** that the failure to grant such a continuance would be likely to make a continuation of this proceeding impossible or result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

Therefore, the Court **ORDERS** that time between today and March 15, 2021 be excluded for purposes of the Speedy Trial Act.

**IT IS SO ORDERED.**

Date: 2/17/21

Royce C. Lamberth
United States District Judge