UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 1:21-cr-118 (RCL) |
| ) | |
| LISA MARIE EISENHART ) | |

## DEFENDANT'S NOTICE OF FILING

NOW COMES Defendant Lisa Marie Eisenhart, by and through undersigned appointed counsel, and formally files in this case a copy of the transcript from her detention hearing held before U.S. Magistrate Judge Frensley in the Middle District of Tennessee. This same document was previously provided to Chambers and was recently cited in this Court's recent Opinion. *See, e.g.,* Docket #24, at p.2. It is therefore now being formally filed in this case as well, as Exhibit A hereto, in order to complete the record before this Court.

Dated   February 18, 2021            Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　／s／ Gregory S. Smith　　　　　　
　　　　　　　　　　　　　　　　　　　　Gregory S. Smith (D.C. Bar #472802)
　　　　　　　　　　　　　　　　　　　　Law Offices of Gregory S. Smith
　　　　　　　　　　　　　　　　　　　　913 East Capitol Street, S.E.
　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20003
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 460-3381
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 330-5229
　　　　　　　　　　　　　　　　　　　　Email: gregsmithlaw@verizon.net

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is automatically being served upon all counsel of record, via the Electronic Case Filing system.

This 18th day of February, 2021.

　　　　　　　　　　　　　　　　　　　　　／s／ Gregory S. Smith　　　　　　
　　　　　　　　　　　　　　　　　　　　Gregory S. Smith