# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) Case No. 1:21-cr-118 (RCL) <br> ) |
| LISA MARIE EISENHART | ) <br> ) |

## DEFENDANT'S NOTICE OF APPEAL FROM DENIAL OF PRETRIAL RELEASE

NOW COMES Defendant Lisa Marie Eisenhart, by and through undersigned appointed counsel, and pursuant to 18 U.S.C. § 3145(c) and 28 U.S.C. § 1291, hereby appeals from this Court's Order, Opinion and related filings denying pretrial release (Docket Nos. 24, 26 & 27).

Dated   February 18, 2021           Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　  /s/ Gregory S. Smith
　　　　　　　　　　　　　　　　　　　　　Gregory S. Smith (D.C. Bar #472802)
　　　　　　　　　　　　　　　　　　　　　Law Offices of Gregory S. Smith
　　　　　　　　　　　　　　　　　　　　　913 East Capitol Street, S.E.
　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20003
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 460-3381
　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 330-5229
　　　　　　　　　　　　　　　　　　　　　Email: gregsmithlaw@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is automatically being served upon all counsel of record, via the Electronic Case Filing system.

This 18th day of February, 2021.

　　　　　　　　　　　　　　　　　　　　　　  /s/ Gregory S. Smith
　　　　　　　　　　　　　　　　　　　　　Gregory S. Smith