Notice of Appeal Criminal

CO-290
Rev. 3/88

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | Cr. No. 21-118 (RCL)-1 |
| ERIC MUNCHEL, | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

**Name and address of appellant:**   Eric Munchel
Correctional Treatment Facility
1901 E St., S.E.
Washington, DC 20002

**Name and address of appellant's attorney:**   Sandra Roland
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

**Offense:**   18 U.S.C. § 1512(c)(2) – Tampering with a witness;
18 U.S.C. § 1752(a)(1)-(2) – Temporary residence of the president;
40 U.S.C. § 5104(e)(1) Violent Entry or Disorderly Conduct

Concise statement of judgment or order, giving date, and any sentence:

02/17/2021: Order of Detention Pending Trial.

Name and institution where now confined, if not on bail:   Correctional Treatment Facility

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| | |
|---|---|
| __02/18/2021__ | __Eric Munchel__ |
| DATE | APPELLANT |

**CJA, NO FEE** _____ **FPD** _____       __Sandra Roland__
**PAID USDC FEE**   No              ATTORNEY FOR APPELLANT
**PAID USCA FEE**   No

Does counsel wish to appear on appeal?  _X_ Yes  ___ No
Has counsel ordered transcripts?  ___ Yes  _X_ No
Is this appeal pursuant to the 1984 Sentencing Reform Act?  _X_ Yes  ___ No