

**U.S. Attorney's Office for the District of Columbia**
Criminal Division
*Public Corruption & Civil Rights Section*

---

*Office:  (202) 252-7097*
*Cell:     (202) 834-5387*
*Email: Ahmed.Baset@usdoj.gov*

February 3, 2021

Chambers for Chief Judge Beryl A. Howell
United States District Court for the District of Columbia
Elijah Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.,
Washington, D.C. 2001

Dear Chief Judge Howell:

The government provides the following supplemental exhibits in considering the detention hearing appeals in *United States v. Eric Munchel* (21mj71-1) and *United States v. Lisa Eisenhart* (21mj71-2):

- S. Exhibit 1: Eric Munchel cell phone video (1 video lasting approximately 50 minutes);
- S. Exhibit 2: Capitol and Senate Lobby hallway videos (8 videos lasting approximately 9 minutes);
- S. Exhibit 3: Eric Munchel detention hearing transcript (202 pages);
- S. Exhibit 4: Lisa Eisenhart detention hearing transcript (173 pages).

To focus your review, partial draft transcriptions of the video recordings are being provided.

Respectfully submitted,

_____
AHMED M. BASET
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
Public Corruption & Civil Rights Section
555 4th Street, N.W.
Washington, D.C. 20530

Email: ahmed.baset@usdoj.gov
Phone: 202-834-5387

_____
JUSTIN SHER
Trial Attorney
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.  20004
Email: justin.sher@usdoj.gov
Office: 202-353-3909