UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ERIC GAVELEK MUNCHEL and<br>LISA MARIE EISENHART,<br>*Defendants*. | Case No. 1:21-cr-118-RCL |

## ORDER

Before the Court is the government's unopposed motion [35] to seal and opposed motion [36] to supplement the record.

The motion to seal is **GRANTED** and the exhibits the government submitted to the Court in support of its detention motion are **ORDERED** sealed.

Notwithstanding LCrR 47(b) and (d), the defendants shall file any opposition to the motion to supplement the record by 5:00 p.m. on Thursday, March 4 and the government shall file any reply by noon on Friday, March 5. The Court will resolve the motion expeditiously.

The parties are reminded to submit proposed orders with all future motions and oppositions submitted to the Court. *See* LCrR 47(c).

**IT IS SO ORDERED.**

Date: 3/3/21 at 10:00 a.m.

Royce C. Lamberth
United States District Judge