UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-00118-RCL |
| | : | |
| **ERIC MUNCHEL and** | : | |
| **LISA EISENHART,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

## GOVERNMENT'S NOTICE OF FILING

The United States of America, through its attorney, the United States Attorney for the District of Columbia, respectfully files a copy of the Government's first discovery letter (without attachments) provided to defense counsel on March 4, 2021.

                                        Respectfully submitted,

                                        Channing D. Phillips
                                        Acting U.S. Attorney
                                        D.C. Bar No. 415793

By:    /s/ Leslie A. Goemaat
               LESLIE A. GOEMAAT
               MA Bar No. 676695
               Assistant United States Attorney
               Fraud Section
               U.S. Attorney's Office
               555 4th Street, N.W., Room 5840
               Washington, D.C. 20530
               Office: 202-803-1608
               Email: Leslie.Goemaat@usdoj.gov

               /s/ Ahmed Baset
               AHMED BASET
               IL Bar 630-4552
               Assistant United States Attorney
               U.S. Attorney's Office for the District of Columbia
               Public Corruption & Civil Rights Section

555 4th Street, N.W.
Washington, D.C. 20530
Email: ahmed.baset@usdoj.gov
Phone: 202-252-7097

/s/ Justin Sher
JUSTIN SHER
D.C. Bar No. 974235
Trial Attorney
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20004
Office: 202-353-3909
Justin.Sher@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon all parties of record.

/s/ Leslie A. Goemaat
LESLIE A. GOEMAAT
Assistant United States Attorney
