

U.S. Department of Justice

Channing Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C.  20530*

March 4, 2021

| | |
|---|---|
| Susan Roland<br>Federal Public Defender for DC<br>625 Indiana Avenue, NW<br>Suite 550<br>Washington, DC 20004<br>(202) 208-7500<br>Fax: 202-208-7515<br>Email: sandra_roland@fd.org<br>*Counsel for Eric Munchel* | Greg Smith<br>Law Offices of Gregory Smith<br>913 East Capitol Street, SE<br>Washington, DC 20003<br>(202) 460-3381<br>Fax: (877) 809-9113<br>Email: gregsmithlaw@verizon.net<br>*Counsel for Lisa Eisenhart* |

**BY EMAIL**

      Re:    *United States v. Eric Munchel and Lisa Eisenhart*
                Case No. 21-cr-118
                Volume 1 of Informal Discovery

Dear Counsel:

    Please find enclosed:

(1) A USAFx file entitled "Specific Items from Munchel's Cell Phone" which contains 40 items that were seized from Eric Munchel's cell phone.

    As discussed by email on March 4, 2021, please provide a thumb drive or hard drive that is at least 100 GB so that we may provide a forensic image of Mr. Munchel's cell phone to you.

    Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of

similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

Additional materials will be provided after the entry of a Protective Order in this case. I understand that you are currently considering the proposed protective order that I shared with you on February 25, 2021, and I await your comments.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

/s/ Leslie A. Goemaat
Leslie A. Goemaat
Assistant United States Attorney