UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No: 21-cr-118-RCL** |
| v. : | |
| : | |
| : | |
| : | |
| **ERIC GAVELEK MUNCHEL, and** : | |
| **LISA MARIE EISENHART,** : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER

Pursuant to Fed. R. App. P. 10(e)(2)(B), the Court **GRANTS** the Government's Motion to Supplement Record with Sealed Video and **ORDERS** that the record be supplemented with the sealed 50-minute iPhone Video filmed by defendant Eric Munchel.

_____  _____
DATE   HONORABLE ROYCE C. LAMBERTH
  UNITED STATES JUDGE for the
  DISTRICT OF COLUMBIA

1