UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

LISA MARIE EISENHART,

*Defendant.*

Case No. 1:21-cr-118-2-RCL

## ORDER

Defendant's motion for relief from confinement conditions or for transfer, ECF No. 40, is set for a hearing at 1:00 p.m. on March 10, 2021. Any response to the motion shall be filed by noon on March 9, 2021, and any reply shall be filed by noon on March 10, 2021.

At the hearing, the parties should be prepared to address:

- Whether the Court has jurisdiction to consider the defendant's motion while her interlocutory appeal of her detention order is pending;

- Whether the defendant's motion presents a legal question cognizable by the Court in this criminal case; and,

- Whether 18 U.S.C. § 3142(i)(2) prohibits the Court from granting defendant the relief she seeks.

**IT IS SO ORDERED.**

Date: 3/5/21

Royce C. Lamberth
United States District Judge