

U.S. Department of Justice

Channing Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C.  20530*

March 9, 2021

Susan Roland
Federal Public Defender for DC
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208-7500
Fax: 202-208-7515
Email: sandra_roland@fd.org
*Counsel for Eric Munchel*

Greg Smith
Law Offices of Gregory Smith
913 East Capitol Street, SE
Washington, DC 20003
(202) 460-3381
Fax: (877) 809-9113
Email: gregsmithlaw@verizon.net
*Counsel for Lisa Eisenhart*

**BY EMAIL**

Re:   *United States v. Eric Munchel and Lisa Eisenhart*
          Case No. 21-cr-118
          Volume 2 of Informal Discovery

Dear Counsel:

   Please find enclosed:

(1) A USAFx file entitled "Search Warrant Photos" which contains a zip file containing 147 photos and the 147 individual photos that were taken during execution of the search warrant.

   Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips.   The government is working to develop a system

that will facilitate access to these materials.  In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

Additional materials will be provided after the entry of a Protective Order in this case. I understand that you are currently considering the proposed protective order that I shared with you on February 25, 2021, and I await your comments.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16.  I will provide timely disclosure if any such material comes to light.  Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries.  I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial.  *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975).  I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules.  Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

Sincerely,

/s/ Leslie A. Goemaat
Leslie A. Goemaat
Assistant United States Attorney