UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ERIC GAVELEK MUNCHEL and
LISA MARIE EISENHART,
*Defendants*.

Case No. 1:21-cr-118-RCL

## ORDER

The Court **FINDS** that this case involves unusually voluminous discovery, such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(B)(ii). The Court further **FINDS** that the failure to exclude time under the Speedy Trial Act would be likely to make a continuation of this proceeding impossible or result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i). Therefore, the Court **FINDS** that the ends of justice require excluding the period between March 15, 2021 and April 13, 2021 under the Speedy Trial Act because (a) the ends of justice are served by continuing criminal proceedings to allow for adequate trial preparations and (b) the defendants' right to a fair trial—impossible given the volume of discovery—outweighs the public's right to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

Therefore, the Court **ORDERS** that time between March 15, 2021 and April 13, 2021 be excluded for purposes of the Speedy Trial Act.

**IT IS SO ORDERED.**

Date: 3/11/21

Royce C. Lamberth
United States District Judge