# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) Case No. 1:21-cr-118 (RCL) |
|  | ) |
| LISA MARIE EISENHART | ) |
|  | ) |

## DEFENDANT'S NOTICE OF FILING

NOW COMES Defendant Lisa Marie Eisenhart, through undersigned appointed counsel, and attaches hereto the Brief from the District of Columbia's Motion to Intervene. A March 11, 2021 Memorandum Order [Docket #48] said this Motion to Intervene had been filed with the Clerk of Court but not yet docketed. *Id.* at 1 n.1. It is still not docketed, and while the Motion to Intervene was denied, the Order stated that the Brief was "consider[ed] filed as though it were an amicus brief." *Id.* at 5. That Brief is now attached to complete the record related to this Motion.

Dated   March 15, 2021            Respectfully submitted,

                     ___/s/_ Gregory S. Smith_____
                     Gregory S. Smith (D.C. Bar #472802)
                     Law Offices of Gregory S. Smith
                     913 East Capitol Street, S.E.
                     Washington, D.C.  20003
                     Telephone: (202) 460-3381
                     Facsimile: (202) 330-5229
                     Email: gregsmithlaw@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is automatically being served upon all counsel of record, via the Electronic Case Filing system.

This 15th day of March, 2021.

                     ___/s/_ Gregory S. Smith_____
                     Gregory S. Smith