UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:21-cr-118 (RCL) |
| | ) |
| LISA MARIE EISENHART | ) |
| | ) |

### DEFENDANT'S NOTICE OF APPEAL

NOW COMES Defendant Lisa Marie Eisenhart, by and through undersigned appointed counsel, and notices her appeal from this Court's Memorandum Order issued March 11, 2021 (ECF No. 48), pursuant to 18 U.S.C. § 3145(c) and 28 U.S.C. § 1291.

Dated   March 25, 2021              Respectfully submitted,

                                     /s/ Gregory S. Smith
                                    Gregory S. Smith (D.C. Bar #472802)
                                    Law Offices of Gregory S. Smith
                                    913 East Capitol Street, S.E.
                                    Washington, D.C.  20003
                                    Telephone: (202) 460-3381
                                    Facsimile: (202) 330-5229
                                    Email: gregsmithlaw@verizon.net


### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is automatically being served upon all counsel of record, via the Electronic Case Filing system.

This 25th day of March, 2021.

                                     /s/ Gregory S. Smith
                                    Gregory S. Smith