# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-3010**                          **September Term, 2020**

**1:21-cr-00118-RCL-1**
**1:21-cr-00118-RCL-2**

**Filed On: March 26, 2021** [1891814]

United States of America,

    Appellee

  v.

Eric Gavelek Munchel,

    Appellant

------------------------------

Consolidated with 21-3011

## M A N D A T E

In accordance with the judgment of March 26, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

          **FOR THE COURT:**
          Mark J. Langer, Clerk

      BY: /s/
          Daniel J. Reidy
          Deputy Clerk

Link to the judgment filed March 26, 2021