# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 21-3010**             **September Term, 2020**
FILED ON: MARCH 26, 2021

UNITED STATES OF AMERICA,
    APPELLEE

v.

ERIC GAVELEK MUNCHEL,
    APPELLANT

---

Consolidated with 21-3011

On Appeal of Pretrial Detention Orders
(No. 1:21-cr-00118-1)
(No. 1:21-cr-00118-2)

Before: ROGERS, WILKINS and KATSAS, *Circuit Judges*

### **J U D G M E N T**

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and on the memoranda of law and fact of the parties. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the case be remanded to the District Court for it to reconsider forthwith its orders granting the government's oral motion for pretrial detention, in accordance with the opinion of the court filed herein this date.

The Clerk is directed to issue the mandate forthwith to the District Court.

**Per Curiam**

          **FOR THE COURT:**
          Mark J. Langer, Clerk

          BY:    /s/
                      Daniel J. Reidy
                      Deputy Clerk

Date: March 26, 2021

Opinion for the court filed by Circuit Judge Wilkins.
Opinion concurring in part and dissenting in part filed by Circuit Judge Katsas.