# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                )  Case No. 1:21-CR-118 (RCL)<br>)<br>ERIC MUNCHEL and      )<br>LISA MARIE EISENHART   )<br>) | |

## DEFENDANTS' CONSENT MOTION FOR EXPEDITED HEARING

NOW COME Defendants Eric Munchel and Lisa Marie Eisenhart, by and through their undersigned appointed counsel, and pursuant to the D.C. Circuit's recent Judgment and Mandate, move this Court to schedule a detention hearing as soon as possible. The D.C. Circuit's Opinion specifically indicated that the Court was "remand[ing] the detention orders for reconsideration *forthwith*," *see* Appeal No. 21-3010, 3/26/21 Majority Opinion at 21 (emphasis added), so an expedited hearing is appropriate and requested. The Government consents to this request.

Dated:  March 26, 2021                           Respectfully submitted,

A.J. KRAMER                                 ___/s/ Gregory S. Smith_____
FEDERAL PUBLIC DEFENDER       Gregory S. Smith (D.C. Bar #472802)
                                                         Law Offices of Gregory S. Smith
       /s/                                                913 East Capitol Street, S.E.
_____      Washington, D.C.  20003
SANDRA ROLAND                          Telephone: (202) 460-3381
Assistant Federal Public Defender     Facsimile: (202) 330-5229
625 Indiana Avenue, NW                 Email: gregsmithlaw@verizon.net
Washington, DC  20004
(202) 208-7500                               *Counsel for Lisa Marie Eisenhart*
sandra_roland@fd.org

*Counsel for Eric Munchel*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is automatically being served upon all counsel of record, via the Electronic Case Filing system.

This 26th day of March, 2021.

                                                       /s/ Gregory S. Smith  
                                                      Gregory S. Smith