UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

Case No. 1:21-cr-118-RCL

ERIC GAVELEK MUNCHEL and
LISA MARIE EISENHART,
    *Defendants*.

## ORDER

Before the Court is the defendants' consent motion [56] for an expedited hearing. The motion is **GRANTED**.

In light of the decision of the Circuit remanding the defendants' appeals of their detention orders, *see United States v. Munchel*, No. 21-3010 (D.C. Cir. Mar. 26, 2021), the Court **ORDERS** the parties to meet and confer forthwith and to file a joint report on whether they propose to submit supplemental briefing or hold a supplemental hearing. Any proposed supplemental briefing schedule shall not extend beyond April 2, 2021. The joint report shall include the parties' availability for a hearing on each of the three court days following the completion of supplemental briefing (or, they do not propose supplemental briefing, on the first three court days after they file the joint report).

**IT IS SO ORDERED.**

Date: 3/24/21

Royce C. Lamberth
United States District Judge