UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:21-CR-118 (RCL) |
| | ) |
| ERIC MUNCHEL and | ) |
| LISA MARIE EISENHART | ) |

## WRITTEN ACKNOWLEDGEMENT OF CONDITIONS OF RELEASE

I, Eric Munchel, a Defendant in this action, hereby acknowledge the Conditions of Release established in this case, and my receipt of a copy of those Conditions of Release.

Dated: March 29, 2021         Acknowledged:

_____
Eric Munchel

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>ERIC MUNCHEL and )<br>LISA MARIE EISENHART )<br>) | Case No. 1:21-CR-118 (RCL) |

## WRITTEN ACKNOWLEDGEMENT OF CONDITIONS OF RELEASE

I, Lisa Eisenhart, a Defendant in this action, hereby acknowledge the Conditions of Release established in this case, and my receipt of a copy of those Conditions of Release.

Dated: March 29, 2021         Acknowledged:

_____
Lisa Eisenhart

1