# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 21-cr-118 (RCL) |
| | ) | |
| **ERIC MUNCHEL** | ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR AUTHORIZATION
## TO CALL HIS MOTHER ON MOTHER'S DAY

The defendant, Eric Munchel, through undersigned counsel, respectfully requests authorization to call his mother on Sunday, May 9, 2021, which is Mother's Day. In support of this motion, the defendant states as follows:

1. In the Court's Order Setting Conditions of Release filed on March 29, 2021, the Court directed Mr. Munchel to "avoid all contact . . . with . . . codefendants except through counsel or as otherwise authorized by Pretrial Services." Mr. Munchel's codefendant is his mother, Lisa Eisenhart.

2. Mr. Munchel has not communicated with his mother since January 10, 2021. He would like to call his mother on Mother's Day.

3. Undersigned counsel requested authorization from the Nashville, Tennessee Pretrial Services Agency for such a phone call. The PSA, through Kimberly Haney, did not deny the request but declined to exercise the discretion granted to the Agency. Ms. Haney requested undersigned counsel to seek permission from the Court.

4. Pursuant to the spirit of the Court's release order, Mr. Munchel agrees to refrain from discussing any aspect of the case during a Mother's Day call with his mother.

5. The government, through Assistant United States Attorney Leslie Goemaat, does not oppose this motion.

WHEREFORE, the defendant respectfully requests authorization to make a phone call to his mother on Mother's Day, during which he will refrain from discussing the case.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
SANDRA ROLAND
Assistant Federal Public Defender
625 Indiana Avenue, NW
Washington, DC 20004
(202) 208-7500
sandra_roland@fd.org