UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 21-cr-118 (RCL) |
| | ) | |
| **ERIC MUNCHEL** | ) | |

## ORDER

Upon consideration of the Defendant's Unopposed Motion for Authorization to Call His Mother on Mother's Day, for the reasons set out therein, it is this _____ day of May, 2021,

ORDERED, that the Motion is GRANTED.

_____          _____
DATE                                                                   THE HONORABLE ROYCE C. LAMBERTH
                                                                                UNITED STATES DISTRICT JUDGE

3