# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 21-3016**　　　　　　　　　　　　　　**September Term, 2020**

　　　　　　　　　　　　　　　　　　　　　**1:21-cr-00118-RCL-2**

　　　　　　　　　　　　　　　　　**Filed On: April 29, 2021** [1896681]

United States of America,

　　　Appellee

　v.

Lisa Marie Eisenhart,

　　　Appellant

## M A N D A T E

In accordance with the order of April 29, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　Tatiana A. Magruder
　　　　　　　　　　　　　　　　Deputy Clerk

Link to the order filed April 29, 2021