# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 21-3016**  **September Term, 2020**

**1:21-cr-00118-RCL-2**

**Filed On:** April 29, 2021

United States of America,

    Appellee

  v.

Lisa Marie Eisenhart,

    Appellant

## O R D E R

Upon consideration of appellant's motion to dismiss appeal as moot and the declaration in support thereof, it is

**ORDERED** that this case be dismissed.  See <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 35 (2021).

The Clerk is directed to issue the mandate forthwith to the district court.

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

              BY:    /s/
                      Tatiana Magruder
                      Deputy Clerk