## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:21-cr-00118-RCL** |
| | : | |
| **ERIC MUNCHEL and** | : | |
| **LISA EISENHART,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

### GOVERNMENT'S NOTICE OF FILING

The United States of America, through its attorney, the United States Attorney for the

District of Columbia, respectfully files a copy of the Government's fourth informal discovery letter

(without attachments) provided to defense counsel on July 30, 2021.


Respectfully submitted,

Channing D. Phillips
Acting U.S. Attorney
D.C. Bar No. 415793

By:     /s/ Leslie A. Goemaat
        LESLIE A. GOEMAAT
        MA Bar No. 676695
        Assistant United States Attorney
        Fraud Section
        U.S. Attorney's Office
        555 4th Street, N.W., Room 5840
        Washington, D.C.   20530
        Office: 202-803-1608
        Email: Leslie.Goemaat@usdoj.gov

        /s/ Justin Sher
        JUSTIN SHER
        D.C. Bar No. 974235
        Trial Attorney
        National Security Division
        United States Department of Justice

950 Pennsylvania Avenue, NW
Washington, D.C. 20004
Office: 202-353-3909
Justin.Sher@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon all parties of record.

/s/ Leslie A. Goemaat
LESLIE A. GOEMAAT
Assistant United States Attorney