# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 21-CR-118-RCL |
| v. | : | |
| | : | |
| ERIC MUNCHEL and | : | |
| LISA EISENHART | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF WITHDRAWAL

The government informs the Court that Trial Attorney Justin Sher, as counsel for the United States, is terminating his appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

DATED: September 2, 2021

*/s/ Justin Sher*
Justin Sher
D.C. Bar No. 974235
Trial Attorney
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20004
202-353-3909
justin.sher@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Withdrawal was sent via electronic case filing to counsel for the defendant.

*/s/ Leslie A. Goemaat*
LESLIE A. GOEMAAT
MA Bar No. 676695
Assistant United States Attorney