**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 1:21-cr-00118-RCL** |
| | : | |
| **ERIC MUNCHEL and** | : | |
| **LISA EISENHART,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

## GOVERNMENT'S NOTICE OF FILING OF MEMORANDUM REGARDING DISCOVERY AS OF JULY 12, 2021

The United States of America, through its attorney, the United States Attorney for the District of Columbia, respectfully files a memorandum summarizing the status of discovery as of **July 12, 2021**. The United States will separately file a memorandum summarizing the status of discovery as of **August 24, 2021.**

Respectfully submitted,

Channing D. Phillips
Acting U.S. Attorney
D.C. Bar No. 415793

By:     /s/ Leslie A. Goemaat
LESLIE A. GOEMAAT
MA Bar No. 676695
Assistant United States Attorney
Fraud Section
U.S. Attorney's Office
555 4th Street, N.W., Room 5840
Washington, D.C.   20530
Office: 202-803-1608
Email: Leslie.Goemaat@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing notice to be served by electronic means, through the Court's CM/ECF system, upon all parties of record.

/s/ Leslie A. Goemaat
LESLIE A. GOEMAAT
Assistant United States Attorney