

U.S. Department of Justice

Channing Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C.  20530*

September 13, 2021

Sandra Roland
Federal Public Defender for DC
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208-7500
Fax: 202-208-7515
Email: sandra_roland@fd.org
*Counsel for Eric Munchel*

Greg Smith
Law Offices of Gregory Smith
913 East Capitol Street, SE
Washington, DC 20003
(202) 460-3381
Fax: (877) 809-9113
Email: gregsmithlaw@verizon.net
*Counsel for Lisa Eisenhart*

**BY EMAIL**

    Re:    *United States v. Eric Munchel and Lisa Eisenhart*
                Case No. 21-cr-118
                Volume 6 of Informal Discovery, USCP materials

Dear Counsel:

      As part of our ongoing discovery production in this case, you or your designee will receive an invitation via USAFx to download reports from U.S. Capitol Police (USCP) investigations of alleged wrongdoing by USCP officers on January 6, 2021.  Officer names, witness names, and complainant names have been redacted.[1]  We are working to produce a set of reports that replaces the redactions with unique identifiers for individuals whose names have been redacted.  When that process is complete, we will reproduce the documents with the unique

---

[1] Please note that significant efforts have been made to redact officers' names. If an officer's name was inadvertently not redacted and that officer is a subject of or witness to an allegation of misconduct, please treat that information as highly sensitive under the protective order.

identifiers. Additional exhibits from these investigations are forthcoming. At this time, we understand that a small number of investigations are still on-going, and we will provide reports of those investigations on a rolling basis as they are concluded.

## Summary of Prior Productions

For your convenience, I am summarizing the prior discovery productions in this matter:

| Production | Date | Number of Items |
|---|---|---|
| Production of Detention Appeal Materials | March 3, 2021 | 12 items |
| Informal Discovery Volume 1 | March 4, 2021 | 40 items seized from Mr. Munchel's cell phone |
| Informal Discovery Volume 2 | March 9, 2021 | 147 search warrant photos |
| Image of Munchel's cell phone (offered to both counsel and provided to Federal Defenders Office) | March 29, 2021 | 1 image of cell phone seized from Mr. Munchel |
| Informal Discovery Volume 3 | April 7, 2021 | 73 items |
| Fast Track Discovery Volume 1 | May 24, 2021 | 5,461 items |
| Viewing Letter | July 13, 2021 | Regarding 42 physical items |
| Informal Discovery Volume 4 | July 30, 2021 | 88 items |
| Fast Track Discovery Volume 2 | *In Production* | *Approximately* 74 items |
| Fast Track Discovery Volume 3 | *In Production* | Will include January 5, 2021 BWC, TIES media objects, and comprehensive TIES reports |
| Informal Discovery Volume 5 | August 21, 2021 | Contains January 5, 2021 BWC, Apple records, Apple search warrant materials, and media objects from FBI TIES/TTK reports. |
| Informal Discovery Volume 6 | September 13, 2021 | 275 MB zip file containing records Bates-stamped CAPD_000000001 to CAPD_000000848, index in PDF format, and index in Excel format. |

The materials are provided to you pursuant to the protective order entered in this case, ECF No. 68.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes

to light.  Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

      I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries.  I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial.  *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975).  I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

      Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules.  Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

      I will forward additional discovery as it becomes available.  As always, if you have any questions, please feel free to contact me.

                                              Sincerely,

                                              /s/ Leslie A. Goemaat
                                              Leslie A. Goemaat
                                              Assistant United States Attorney

Enclosure(s)

Cc:  Shirley Lewis, Federal Defender's Office