UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ERIC MUNCHEL,

*Defendant.*

Case No. 1:21-cr-118-RCL-1

## ORDER

Before the Court's defendant Eric Munchel's Unopposed Motion to Transfer to An Alternative Third-Party Custodian [83] and the Sealed Declaration under penalty of perjury of the defendant's proposed custodian [84]. Upon consideration of the motion and underlying record, the Court hereby **GRANTS** the defendant's motion. Accordingly, it is **ORDERED** that the defendant will be placed into the custody of the custodian at the address listed in the sealed declaration [84].

**IT IS SO ORDERED.**

Date: 9/15/21

Royce C. Lamberth
United States District Judge

1