UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ERIC GAVAELEK MUNCHEL,
LISA MARIE EISENHART,

*Defendant.*

Case No. 1:21-cr-118-RCL

### ORDER

Before the Court are the parties' unopposed requests, ECF Nos. 98 & 99, to stay this Court's September 16, 2021 Minute Order granting the Press Coalition's application for access to video exhibits. *See* 9/16/2021 Min. Order. This Court will stay the minute order through the end of the status conference scheduled for September 20, 2021.

**IT IS SO ORDERED.**

Date: 5/17/21

Royce C. Lamberth
United States District Judge

1