UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-cr-00118-RCL |
| : | |
| ERIC MUNCHEL and : | |
| LISA EISENHART, : | |
| : | |
| : | |
| **Defendants.** : | |

## GOVERNMENT'S NOTICE OF FILING

The United States of America, through its attorney, the United States Attorney for the District of Columbia, respectfully files a copy of the Government's eighth informal discovery letter (without attachments) provided to defense counsel on September 22, 2021.

        Respectfully submitted,

        Channing D. Phillips
        Acting U.S. Attorney
        D.C. Bar No. 415793

By:   /s/ Leslie A. Goemaat
       LESLIE A. GOEMAAT
       MA Bar No. 676695
       Assistant United States Attorney
       Fraud Section
       U.S. Attorney's Office
       555 4th Street, N.W., Room 5840
       Washington, D.C. 20530
       Office: 202-803-1608
       Email: Leslie.Goemaat@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing notice to be served by electronic means, through the Court's CM/ECF system, upon all parties of record.

/s/ Leslie A. Goemaat
LESLIE A. GOEMAAT
Assistant United States Attorney
