UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ERIC GAVALEK MUNCHEL,
LISA MARIE EISENHART,

     *Defendants.*

Case No. 1:21-cr-118-RCL

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that the stay issued in this case on September 20, 2021 is **VACATED**;

**ORDERED** that petitioners' application for access to video exhibits [97] is **GRANTED**;

**ORDERED** that defendants' motion for reconsideration [99] is **DENIED;**

**ORDERED** that the government shall promptly make the video exhibits referenced in the application available to petitioners without restrictions, including by providing access using the "drop box" technical solution described in Standing Order 21-28, *In re: Media Access to Video Exhibits in Pretrial Capitol Cases* (May 14, 2021) (BAH); and it is further

**ORDERED** that petitioners are permitted to record, copy, download, retransmit, and otherwise further publish the video exhibits.

**IT IS SO ORDERED.**

Date: _____10/8/21_____

Royce C. Lamberth
United States District Judge