UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 21-cr-118 (RCL) |
| | ) | |
| ERIC MUNCHEL | ) | |

## ORDER

Upon consideration of the defendant's Amended Motion to Modify A Condition Of Release it is this 12th day of April, 2022,

ORDERED, that the Motion is GRANTED.

The defendant's conditions of release are modified to permit him to download and use the UberEats app on his smartphone and to use his employer's internet-enabled computer for business purposes.

_____
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE