UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 21-CR-118-RCL |
| v. : | |
| : | |
| ERIC MUNCHEL and : | |
| LISA EISENHART : | |
| : | |
| Defendants. : | |

## NOTICE OF WITHDRAWAL

The government informs the Court that Assistant United States Attorney Leslie Goemaat, as counsel for the United States, is withdrawing as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

DATED: April 13, 2021

*/s/ Leslie A. Goemaat*
LESLIE A. GOEMAAT
MA Bar No. 676695
Assistant United States Attorney
Fraud, Public Corruption, and Civil
Rights Section
U.S. Attorney's Office
555 4th Street, N.W., Room 5840
Washington, D.C. 20530
Office: 202-803-1608
Leslie.Goemaat@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Withdrawal was sent via electronic case filing to counsel for the defendant.

*/s/ Leslie A. Goemaat*
LESLIE A. GOEMAAT
MA Bar No. 676695
Assistant United States Attorney
