UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 21-cr-118 (RCL) |
| | ) | |
| ERIC MUNCHEL | ) | |

## ORDER

Upon consideration of the Defendant's Unopposed Motion for Authorization to Call His Mother on Mother's Day, for the reasons set out therein, it is this 28th day of April, 2022,

ORDERED, that the Motion is GRANTED.

_4/28/22_
DATE

_Royce C. Lamberth_
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE