UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 21-cr-118 (RCL) |
| | ) | |
| **ERIC MUNCHEL** | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

The defendant, Eric Munchel, through undersigned counsel, respectfully requests the Court to postpone the status hearing currently scheduled for May 12, 2022. In support of this motion, counsel states as follows:

1. The Court set a status hearing for May 12, 2022. Unfortunately, that date and time is the only time that undersigned counsel could schedule an important and urgent medical appointment. Therefore, counsel requests that the status hearing be postponed.

2. Undersigned counsel has conferred with government counsel and counsel for Mr. Munchel's co-defendant, and propose the following dates and times for a rescheduled status hearing:

    a. May 16 before 2:00 p.m.

    b. May 17

    c. May 18 after 2:00 p.m.

    d. May 19 before 12:00 p.m.

1

WHEREFORE, the defendant respectfully requests the Court to reschedule the upcoming status hearing on one of the above-mentioned dates and times, or at some time thereafter that is convenient for the Court.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
SANDRA ROLAND
Assistant Federal Public Defender
625 Indiana Avenue, NW
Washington, DC 20004
(202) 208-7500
sandra_roland@fd.org