# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.      ) | 21-cr-118 (RCL) |
| ) | |
| **ERIC MUNCHEL**    ) | |

## **ORDER**

Upon consideration of the Defendant's Unopposed Motion to Continue Status Hearing, it is this _____ day of May, 2022,

ORDERED, that the Motion is GRANTED; and

FURTHER ORDERED that the status hearing will be held on May __, 2022 at ___ a.m/p.m

_____          _____
DATE                             THE HONORABLE ROYCE C. LAMBERTH
                                 UNITED STATES DISTRICT JUDGE

3