# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )    21-cr-118 (RCL) |
| | ) |
| ERIC MUNCHEL | ) |

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Continue Status Hearing, it is this _11th_ day of May, 2022,

ORDERED, that the Motion is GRANTED; and

FURTHER ORDERED that the status hearing will be held on May _17_, 2022 at _12:45_ a.m/p.m

_5/11/22_
DATE

_Royce C. Lamberth_
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

3