## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) |
| v. | ) Case No. 1:21-cr-118 (RCL) )  |
| LISA MARIE EISENHART | ) ) ) |

### ORDER MODIFYING DEFENDANT'S BOND CONDITIONS

Having considered Defendant's Consent Motion for Modification of Bond, any responses thereto, and the case record generally, and for good cause shown, it is hereby

**ORDERED** that the Consent Motion is **GRANTED**. The conditions of Ms. Eisenhart's bond are hereby modified by replacing the home confinement condition with a condition placing her under curfew on a schedule to be determined by U.S. Pretrial Services. All other conditions of bond remain unchanged, including location (GPS) monitoring of Ms. Eisenhart that shall remain in effect at all times, including when she engages in employment outside of her home.

IT IS SO ORDERED.

_____                     _____
Date                                The Honorable Royce C. Lamberth
                                    Senior United States District Judge