# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| v. | : Case No. 21-cr-118 (RCL) |
| | : |
| **ERIC GAVELEK MUNCHEL** | : |
| **and LISA MARIE EISENHART,** | |
| | : |
| Defendants. | : |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and counsel for defendant Eric Gavelek Munchel, and counsel for defendant Lisa Marie Eisenhart, hereby submit the following Joint Status Report:

1. On June 2, 2021, the government obtained a superseding indictment (ECF No. 76).

2. A status conference is scheduled for August 8, 2022.

3. The United States was asked to confer before the upcoming status conference with defense counsel about a possible trial date, absent a resolution of the superseding indictment.

4. On July 30, 2022, Assistant Federal Public Defender Elizabeth Mullin filed a notice of appearance as co-counsel (ECF No. 132).

5. Counsel for the prosecution and defense have conferred over electronic mail on various dates between July 22, 2022 and August 3, 2022. As a result of those communications, the parties were able to agree on a proposed trial date in April, 2023, and respectfully suggest that trial commence after April 5, 2023. The United States now estimates that its case-in-chief will last for approximately five days.

6. The parties believe it is in the interest of justice to toll the Speedy Trial Act until the date of trial. The proposed trial date will allow counsel, including co-counsel for defendant Munchel who recently appeared in this case, to effectively prepare for trial. The parties thus request a tolling of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), based on the factors described in 18 U.S.C. § 3161(h)(7)(B)(i), (ii), and (iv). Therefore, the parties request an exclusion of time under the Speedy Trial Act from August 8, 2022, through the date the Court schedules for trial.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:

/s/
Karen Rochlin
DC Bar No. 394447
Assistant U.S. Attorney Detailee
99 N.E. 4th Street
Miami, Florida
(786) 972-9045
karen.rochlin@usdoj.gov

/s/
Sandra Roland
Elizabeth Mullin
Federal Public Defenders
625 Indiana Avenue, N.W.,
Suite 550
Washington, DC 20004
(202) 208-7500
sandra_roland@fd.org
elizabeth_mullin@fd.org
Counsel for defendant Munchel

/s/
Gregory S. Smith
D.C. Bar No. 472802
Law Offices of Gregory S. Smith
913 East Capitol Street, S.E.
Washington, DC 20003
(202) 460-3381
gregsmithlaw@verizon.net
Counsel for defendant Eisenhart