UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 21-cr-118 (RCL) |
| | ) | |
| **ERIC MUNCHEL** | ) | |

**ORDER**

Upon consideration of the Defendant's Motion for Authorization to Call His Mother Weekly, for the reasons set out therein, it is this _____ day of August 2022,

ORDERED, that the Motion is GRANTED.

_____          _____
DATE                                                               THE HONORABLE ROYCE C. LAMBERTH
                                                                          UNITED STATES DISTRICT JUDGE