

## Committee on Admissions
## District of Columbia Court of Appeals
430 E St. NW, Room 123
Washington, D.C. 20001

Declaration of Good Standing for Three Years
Immediately Preceding Application

I, Joseph W. Allen declare under penalty of perjury under the laws of the District of Columbia that
Name

the foregoing is true and correct. I was admitted to practice law in the state of Missouri
Jurisdiction

on September 21, 2005 have been admitted and in good standing continuously since
Date

September 21, 2005 which is at least three years immediately preceding my application to the
Date

District of Columbia Bar.

July 25, 2022
Date

Signature or Electronic Signature