UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 21-118 (RCL) |
| | ) | |
| ERIC MUNCHEL | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to LCrR 44.5(d), counsel for defendant Eric Munchel, Sandra Roland and Elizabeth Mullin, respectfully move for leave to withdraw as Mr. Munchel's counsel.

Mr. Munchel has retained counsel, Joseph W. Allen, who moved for leave to enter his appearance pro hac vice on October 14, 2022. Negotiations between the government and Mr. Munchel's defense team have stalled because it is unclear who will represent Mr. Munchel in future proceedings.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
SANDRA ROLAND
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
sandra_roland@fd.org