**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | 21-118 (RCL) |
| | ) | |
| | ) | |
| **ERIC MUNCHEL** | ) | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

### ORDER

Upon consideration of the motion to withdraw as counsel, for the reasons set out therein, it is this _____ day of November, 2022,

**ORDERED,** that the Motion is hereby **GRANTED**, and it is

**FURTHER ORDERED**, that the appointment of the Federal Public Defender's office and, specifically, Sandra Roland and Elizabeth Mullin, is vacated.

_____     _____
 **DATE**                                    **THE HONORABLE ROYCE C. LAMBERTH**
                                             **UNITED STATES DISTRICT JUDGE**