UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 21-CR-00118-RCL |
| ) | |
| ERIC GAVELEK MUNCHEL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>**NOTICE OF APPEARANCE**</u>

**COMES NOW** Attorney Joseph W. Allen, having been granted admission *Pro Hac Vice* in accordance with LCrR 44.1(c) and respectfully enters his appearance as Counsel of Record for the Defendant, Eric Gavelek Munchel in accordance with LCrR 44.5(a).

Respectfully submitted,

*/s/ Gall*

_____
Joseph W. Allen MoBAR #57669
1015 W. State Hwy. 248, Ste. I
Branson, Missouri 65616
Telephone: (417) 334-6818
Cell Phone: (417) 231-7234
Facsimile: (417) 612-7081
joe@mybransonattorney.com
**Attorney for Defendant**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of December 2022, I filed the foregoing Notice of Appearance by the Court's CM/ECF system. All case registered parties will be served by CM/ECF.

_____
Joseph W. Allen