UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>ERIC GAVELEK MUNCHEL, )<br>)<br>Defendant. )<br>_____ ) | Case No. 21-CR-00118-RCL-1 |

# ORDER

Upon consideration of the Defendant's Unopposed Motion for Modification of Bond Conditions, it is this ____ day of _____, 2022

ORDERED that said motion be, and hereby is, GRANTED and, further

ORDERED that upon the wedding itinerary being finalized, the co-defendants herein are to submit the same to pre-trial release for the implementation of this Order no later than ___ days prior to the dates of the wedding and, further

ORDERED that all other conditions of bond are to be adhered to by the parties.


Dated _____, day of _____, 2022.


_____
Honorable Royce C. Lamberth
United States District Court Judge