UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )  | |
| v.   ) | Case No. 21-CR-00118-RCL-1 |
| ) | |
| ERIC GAVELEK MUNCHEL,   ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

## ORDER

Upon consideration of the Defendant's Unopposed Motion for Modification of Bond Conditions, it is this  3rd  day of  January , 2023

ORDERED that said motion be, and hereby is, GRANTED and, further

ORDERED that upon the wedding itinerary being finalized, the co-defendants herein are to submit the same to pre-trial release for the implementation of this Order no later than  15  days prior to the dates of the wedding and, further

ORDERED that all other conditions of bond are to be adhered to by the parties.

/s/ Royce C. Lamberth
_____
Honorable Royce C. Lamberth
United States District Court Judge