UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 21-CR-00118-RCL-1 |
| ) | |
| ERIC GAVELEK MUNCHEL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## UNOPPOSED MOTION TO MODIFY BOND CONDITIONS AS TO TRANSFER OF THIRD-PARTY CUSTODIAN AND CHANGE OF RESIDENTIAL ADDRESS

**COMES NOW** the Defendant, Eric Munchel (Mr. Munchel) by and through undersigned counsel, and respectfully tenders his unopposed *Motion to Modify Bond Conditions as to Transfer of Third-Party Custodian and Change of Residential Address* and in support thereof states as follows:

1. On January 10, 2021, Mr. Munchel was arrested in the State of Tennessee on a complaint alleging charges arising out of events on January 6, 2021. (*See* ECF at 1).

2. Mr. Munchel was granted release on his own recognizance on March 29, 2021, and has remained so since.

3. One of the conditions for release imposed upon Mr. Munchel was that of a third-party custodian in keeping with 18 U.S.C. § 3142 (c)(1)(B)(i).

4. Mr. Munchel will soon be wed to one Taylor Ann Lyneis.

5. Mr. Munchel is desirous that she be named his third-party custodian.

6. In addition, said transfer of custody would also include a change in residential address.

7. This new address where both Mr. Munchel and his third-party custodian would reside has been provided to pretrial release and the Attorney for the Government.

8. Both Mr. Munchel's pretrial release officer and the Attorney for the Government have been consulted on this matter and both have stated they have no objection to the transfer of third-party custodian or the change of residential address.

**WHEREFORE** Defendant respectfully prays this Court make and enter its Order granting Defendant's motion as prayed; that third party custody be transferred to Taylor Ann Lyneis; that the residential address as listed for Mr. Munchel be changed as submitted to pre-trial release; and for such other and further relief as this Court shall deem just and proper on the premise.

Respectfully submitted,

_____
Joseph W. Allen, MO BAR #57669
1015 W. State Hwy. 248 Ste. I
Branson, MO 65616
Telephone:  417/334-6818
Facsimile:  417/612-7081
joe@mybransonattorney.com
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 8th day of, February 2023, I filed the foregoing Unopposed Motion to Transfer Third Party Custody and Change of Residential Address and a proposed Order by the Court's CM/ECF system. All case registered parties will be served by CM/ECF.

_____
Joseph W. Allen