# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 21-CR-00118-RCL-1 |
| | ) |
| ERIC GAVELEK MUNCHEL, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Defendant's Unopposed Motion for Modification of Bond Conditions to Transfer Third-Party Custody and Change of Residential Address, it is this _____ day of _____, 2023

**ORDERED** that said motion be, and hereby is, GRANTED and, further

**ORDERED** that the Defendant is to cooperate fully with any requirements imposed by Pre-Trial Release in the implementation of this Order and, further

**ORDERED** that all other conditions of bond are to be adhered to by the Defendant.

Dated _____, day of _____, 2023.

_____
Honorable Royce C. Lamberth
United States District Court Judge