## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 21-CR-00118-RCL-1 |
| ) | |
| ERIC GAVELEK MUNCHEL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### UNOPPOSED MOTION FOR TEMPORARY MODIFICATION OF BOND CONDITIONS

**COMES NOW** the Defendant, Eric Munchel (Mr. Munchel) by and through undersigned counsel, and respectfully tenders his *Unopposed Motion for Temporary Modification of Bond Conditions* and in support thereof states as follows:

1. On January 10, 2021, Mr. Munchel was arrested in the State of Tennessee on a complaint alleging charges arising out of events on January 6, 2021. (*See* ECF at 1).

2. Mr. Munchel was granted release on his own recognizance on March 29, 2021, and has remained so since.

3. Mr. Munchel is soon to be wed and as part of the traditional wedding celebration, wishes to take his new wife on a honeymoon.

4. Mr. Munchel's current conditions of bond do not permit him being absent from his residence overnight.

5. Mr. Munchel has found a location in the middle district of Tennessee in which to enjoy his honeymoon and said location has been approved by pretrial release.

6. Mr. Munchel has also submitted the dates of March 17-19, 2023 over which he is requesting he be permitted to enjoy his honeymoon.

Case 1:21-cr-00118-RCL   Document 150   Filed 02/08/23   Page 2 of 3

7. Both pretrial release and the Attorney for the Government have been consulted regarding both the location and the proposed dates have stated they have no objection.

**WHEREFORE** Defendant respectfully prays this Court make and enter its Order granting a temporary modification of bond conditions to permit Defendant to enjoy his honeymoon at the location provided to pretrial release and the Attorney for the Government and for the aforementioned dates, and for such other and further relief as this Court shall deem just and proper on the premise.

Respectfully submitted,

*/s/ Gall*

_____
Joseph W. Allen, MO BAR #57669
1015 W. State Hwy. 248 Ste. I
Branson, MO 65616
Telephone:  417/334-6818
Facsimile:  417/612-7081
joe@mybransonattorney.com
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 8th day of, February 2023, I filed the foregoing Unopposed Motion to Transfer Third Party Custody and Change of Residential Address and a proposed Order by the Court's CM/ECF system. All case registered parties will be served by CM/ECF.

_____
Joseph W. Allen