UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 21-CR-00118-RCL-1 |
| ) | |
| ERIC GAVELEK MUNCHEL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of the Defendant's Unopposed Motion for Temporary Modification of Bond Conditions, it is this _____ day of _____, 2023

**ORDERED** that said motion be, and hereby is, GRANTED and, further

**ORDERED** that the Defendant is to cooperate fully in providing any and all information requested regarding the temporary modification of bond conditions to Pre-Trial Release and, further

**ORDERED** that all other conditions of bond are to be adhered to by the Defendant.

Dated _____, day of _____, 2023.

_____
Honorable Royce C. Lamberth
United States District Court Judge