# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | Case No. 21-CR-00118-RCL-1 |
| ) | |
| **ERIC GAVELEK MUNCHEL,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of the Defendant's Unopposed Motion for an Extension of Time Wherein to File Pretrial Motions, it is this _____ day of _____, 2023

**ORDERED** that said motion be, and hereby is, GRANTED and, further

**ORDERED** that the new deadline for the filing of pretrial motions herein is the _____ day of _____, 2023 with all responses and replies due according to local rules.


Dated _____, day of _____, 2023.


_____
Honorable Royce C. Lamberth
United States District Court Judge