UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-cr-118 (RCL) |
| ) | |
| LISA MARIE EISENHART ) | |

**DEFENDANT'S UNOPPOSED MOTION TO ADOPT AND JOIN CO-DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**

NOW COMES Defendant Lisa Marie Eisenhart, by and through undersigned appointed counsel, and without opposition from the Government, files this Unopposed Motion to Adopt and Join in Co-Defendant's Motion for an extension of time to file pre-trial motions in this case.

Rather than repeating the substance of Mr. Munchel's filing, Ms. Eisenhart joins in that motion and hereby adopts all the justifications set forth in that motion as if set forth fully herein.

Government counsel have been contacted and they do not object to Ms. Eisenhart also being granted more time to file pretrial motions, commensurate with Munchel's new deadlines.

WHEREFORE, this motion to adopt Mr. Munchel's filing, designed to also give Ms. Eisenhart an equal amount of extra time to file her own pretrial motions, should be granted.

Dated: February 14, 202            Respectfully submitted,

    /s/ Gregory S. Smith
Gregory S. Smith (D.C. Bar #472802)
Law Offices of Gregory S. Smith
913 East Capitol Street, S.E.
Washington, D.C. 20003
Telephone: (202) 460-3381
Email: gregsmithlaw@verizon.net

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is automatically being served upon all counsel of record, via the Electronic Case Filing system.

This 14th day of February, 2023.

                                                                     /s/ Gregory S. Smith  
                                                                     Gregory S. Smith