## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.       ) | Case No. 1:21-cr-118 (RCL) |
| ) | |
| LISA MARIE EISENHART  ) | |

**ORDER GRANTING MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE**

Having considered Defendant's Unopposed Motion to Adopt and Join Co-Defendant's Motion for an Extension of Time to to File Pretrial Motions, and for good cause shown, it is hereby

**ORDERED** that the Unopposed Motion is **GRANTED**. Ms. Eisenhart's pretrial motions will now be due for filing on the same date as co-defendant Munchel's pretrial motions.

IT IS SO ORDERED.

_____          _____
Date                                             The Honorable Royce C. Lamberth
                                                     Senior United States District Judge