UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   Case No. 21-CR-00118-RCL-1 |
| | ) |
| ERIC GAVELEK MUNCHEL, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Defendant's Unopposed Motion for an Extension of Time Wherein to File Pretrial Motions, it is this 15th day of February, 2023

**ORDERED** that said motion be, and hereby is, GRANTED and, further

**ORDERED** that the new deadline for the filing of pretrial motions herein is the 6th day of March, 2023 with all responses and replies due according to local rules, which dates will not be extended due to the upcoming trial date.

Dated 15th day of February, 2023.

_____
Honorable Royce C. Lamberth
United States District Court Judge