**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:21-cr-118 (RCL) |
| | ) |
| LISA MARIE EISENHART | ) |

## ORDER GRANTING MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE

Having considered Defendant's Unopposed Motion to Adopt and Join Co-Defendant's

Motion for an Extension of Time to to File Pretrial Motions, and for good cause shown, it is

hereby

**ORDERED** that the Unopposed Motion is **GRANTED**.  Ms. Eisenhart's pretrial

motions will now be due for filing on the same date as co-defendant Munchel's pretrial motions.

IT IS SO ORDERED.

_2/15/23_
Date

_Royce C. Lamberth_
The Honorable Royce C. Lamberth
Senior United States District Judge