UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cr-118 (RCL) |
| | ) | |
| LISA MARIE EISENHART | ) | |
| | ) | |

## DEFENDANT'S CONSENT MOTION FOR MODIFICATION OF BOND

NOW COMES Defendant Lisa Marie Eisenhart, by and through undersigned appointed counsel, and with the consent of the Government, files this request to modify her conditions of bond to allow Ms. Eisenhart to consult with her son and co-defendant, Eric Munchel, about a pending plea offer that the Government has just offered today.  In support, Ms. Eisenhart shows:

(1)

The Defendants were previously released on bond in this case, but with very strict conditions that included a prohibition against them speaking to each other about this case.

(2)

This case is presently scheduled for a trial that would begin on April 11, 2023.

(3)

This Court previously authorized undersigned counsel to retain a nursing law expert to assist in evaluating an earlier plea offer's collateral consequences.  That generated further plea negotiations, and the Government just today sent a new, revised plea offer to both Defendants.

(4)

This revised plea offer is "wired," however, requiring both Defendants to plead guilty; if only one Defendant wants to plead guilty, the plea agreement would not be available to the other.

1

(5)

Given this fact, and given that these Defendants are mother and son, Ms. Eisenhart and her counsel believe it is necessary for the Defendants to be able to speak to each other freely about the pending plea offer, since they will naturally want to know and discuss the potential consequences of entering or refusing this offer.  But the current conditions of bond prevent that.

(6)

If the Court harbors concerns about this change, counsel also proposes that the Court could authorize these Defendants to hold such discussions with each other only while counsel are also present, either in person, on the phone, or virtually if a Zoom-type call is held.

(7)

Since defense pretrial motions are currently due this coming Monday, March 6, 2023, Ms. Eisenhart and her counsel also ask this Court to grant this request expeditiously.

(8)

To avoid confusion (since Ms. Eisenhart and Mr. Munchel have different pretrial officers) or potential delays, we also ask that this relief be granted to **both** Defendants.

(9)

The Government has been contacted, and they consent to this motion being granted.

WHEREFORE, this consent motion to modify conditions of bond should be granted.

Dated:  March 2, 2023                              Respectfully submitted,

                                              /s/  Gregory S. Smith

Gregory S. Smith (D.C. Bar #472802)
Law Offices of Gregory S. Smith
913 East Capitol Street, S.E.
Washington, D.C.  20003
Telephone: (202) 460-3381
Email: gregsmithlaw@verizon.net
*Attorney for Defendant Lisa Eisenhart*

2

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is automatically being served upon all

counsel of record, via the Electronic Case Filing system.

This 2nd day of March, 2023.

/s/  Gregory S. Smith

Gregory S. Smith
