# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 21-CR-00118-RCL-1 |
| | ) |
| ERIC GAVELEK MUNCHEL, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Defendant's Motion to Adopt Co-Defendant's Motion to Modify Bond it is this _____ day of _____, 2023

**ORDERED** that said motion be, and hereby is, **GRANTED** and, further

**ORDERED** that the conditions of bond are modified as prayed to permit the co-defendants to communicate and converse regarding the plea offer made by the Government.

Dated _____, day of _____, 2023.

_____

Honorable Royce C. Lamberth

United States District Court Judge