UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ERIC GAVELEK MUNCHEL and
LISA MARIE EISENHART,

*Defendants.*

Case No. 21-cr-118-RCL-1
Case No. 21-cr-118-RCL-2

## ORDER

Before the Court are Defendant Lisa Marie Eisenhart's Consent Motion [158] to Modify Conditions of Release and Defendant Eric Gavelek Munchel's Motion [159] to Adopt and Join Defendant Eisenhart's Motion.

Upon consideration of both motions, it is hereby **ORDERED** that both motions be **GRANTED**.

It is further **ORDERED** that the conditions of both defendants' release are modified so as to permit the co-defendants to communicate and converse regarding the pending plea offer made by the Government. Specifically, Defendants Eisenhart and Munchel are permitted to communicate with each other only for the purpose of discussing the plea offer and only while counsel is present, either in-person, on the phone, or virtually if a Zoom-type call is held.

**IT IS SO ORDERED.**

SIGNED this 3rd day of March, 2023.

Royce C. Lamberth
United States District Judge