UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 21-CR-00118-RCL-1 |
| ) | |
| ERIC GAVELEK MUNCHEL, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

Upon consideration of the Defendant's Motion for Change of Venue, it is this ____ day of _____, 2023

**ORDERED** that said motion be, and hereby is, GRANTED and, further

**ORDERED** that this case is to be transferred to the Middle District Court of Tennessee.


Dated _____, day of _____, 2023.


_____

Honorable Royce C. Lamberth

United States District Court Judge