UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 21-CR-00118-RCL-1 |
| ) | |
| ERIC GAVELEK MUNCHEL, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the Defendant's Motion For Discovery and an Evidentiary Hearing in Support of His Claim of Selective Prosecution, it is this _____ day of _____, 2023

**ORDERED** that said motion be, and hereby is, GRANTED and, further

**ORDERED** that the Attorney for the United States is to produce and turn over to Counsel for the Defendant any discovery materials responsive to the Defendant's *Motion* and, further

**ORDERED** that an evidentiary hearing shall be held in this matter on the _____ day of _____, 2023.

Dated _____, day of _____, 2023.

_____
Honorable Royce C. Lamberth
United States District Court Judge