# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | Case No. 1:21-cr-118 (RCL) |
| LISA MARIE EISENHART ) | |

## DEFENDANT'S MOTION TO PRESERVE EVIDENCE

NOW COMES Defendant LISA MARIE EISENHART, by and through undersigned counsel, and moves this Court for an Order directing the Government to preserve, and to instruct all agents, law enforcement officers or other officials contacted by the Government in this case, or known to possess potential evidence, to preserve any and all evidence, including rough notes (specifically including all drafts, comments or handwritten notes), reports, disbursement sheets, receipts or other tangible evidence that may be related to this case.  This motion is made pursuant to *California v. Trombetta*, 467 U.S. 479 (1984); *United States v. Riley*, 189 F.3d 802, 806 (9th Cir. 1989); and 18 U.S.C. § 3500.

WHEREFORE, Defendant prays that this motion be granted.

This 6th day of March, 2023.

Respectfully submitted,

/s/
Gregory S. Smith
D.C. Bar No. 472802
Law Offices of Gregory S. Smith
913 East Capitol Street, S.E.
Washington, D.C. 20003
(202) 460-3381
*Counsel for Defendant Lisa Marie Eisenhart*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion is being served upon counsel for the United States via the Electronic Case Filing system.

This 6th day of March, 2023.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Gregory S. Smith