# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) Case No. 1:21-cr-118 (RCL) |
|  | ) |
| LISA MARIE EISENHART | ) |
|  | ) |

## DEFENDANT'S MOTION FOR INVENTORY AND RETURN OF PROPERTY

NOW COMES Defendant LISA MARIE EISENHART, by and through undersigned counsel, and pursuant to Fed. R. Crim. P. 41(g), moves this Court for an inventory of any and all items seized, and an Order requiring the Government to promptly return any and all property that was obtained from Ms. Eisenhart through unlawful searches or seizures, or that the Government does not intend to use as evidence in this case. In addition, the Order should require that all property seized from Ms. Eisenhart must be preserved intact, and returned to Ms. Eisenhart following the conclusion of this case, unless it has been forfeited, represents contraband, or Ms. Eisenhart or her counsel have provided written authorization for its disposal or destruction. This request includes Ms. Eisenhart's U.S. passport, if now in the Government's possession.

WHEREFORE, Defendant prays that this motion be granted.

Respectfully submitted,

_____/s/_____
Gregory S. Smith
D.C. Bar No. 472802
Law Offices of Gregory S. Smith
913 East Capitol Street, S.E.
Washington, D.C. 20003
(202) 460-3381
*Counsel for Defendant Lisa Marie Eisenhart*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion is being served upon counsel for the United States via the Electronic Case Filing system.

This 6th day of March, 2023.

_____/s/_____
Gregory S. Smith