UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                            ) | Case No. 1:21-cr-118 (RCL) |
| ) | |
| LISA MARIE EISENHART ) | |

**DEFENDANT'S MOTION TO INSPECT AND TEST PHYSICAL EVIDENCE**

NOW COMES Defendant LISA MARIE EISENHART, by and through undersigned counsel, and to the extent necessary, pursuant to Fed. R. Crim. P. 16(a)(1)(C), moves this Court to permit the inspection of the Government's physical evidence by the defense, and permission upon request to allow a defense expert to test any physical evidence the Government seized in this case. In support thereof, Ms. Eisenhart states as follows:

1.

Mr. Eisenhart has been charged in an Indictment with various federal offenses, including conspiracy to obstruct and obstruction of Congress, entering the U.S. Capitol without permission, and other offenses.

2.

Mr. Eisenhart has a right to test the evidence against her, and to independently verify and test any physical evidence that the Government has seized, which it plans to use against her.

3.

More specifically, Fed. R. Crim. P. 16(a)(1)(C) permits a defendant to inspect tangible objects, which are within the possession of the government, which are material to the preparation of an accused's defense or intended for use by the Government as evidence in chief at the trial, or which were obtained from or belong to the defendant. The items sought to be inspected and

tested by the defendant fit within one or more of these criteria of materiality, intended use, or place where obtained.

4.

Upon approval of this motion, defense counsel would make plan to arrangements with Government authorities as appropriate, to arrange for these physical inspections at mutually-convenient times, and as needed, to allow any defense expert to conduct tests on physical items at Government facilities. *See Gaither v. United States*, 391 A.2d 1364 (D.C. App. 1978).

WHEREFORE, Defendant respectfully requests that this motion be granted.

Respectfully submitted,

_____/s/_____
Gregory S. Smith
D.C. Bar No. 472802
Law Offices of Gregory S. Smith
913 East Capitol Street, S.E.
Washington, D.C. 20003
(202) 460-3381
*Counsel for Defendant Lisa Marie Eisenhart*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion is being served upon counsel for the United States via the Electronic Case Filing system.

This 6th day of March, 2023.

_____/s/_____
Gregory S. Smith