UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>LISA MARIE EISENHART       )<br>) | Case No. 1:21-cr-118-02 (RCL) |

**DEFENDANT'S MOTION FOR LEAVE TO ADOPT AND CONFORM
ANY OF CO-DEFENDANT'S PRETRIAL MOTIONS**

NOW COMES Defendant LISA MARIE EISENHART, by and through undersigned counsel, and moves this Court for leave to adopt and conform any motions filed on behalf of the other defendant in this criminal case, including any pre-trial motions that may be filed by her co-defendant by today's deadline, or any other defense motions subsequently allowed.

This motion to adopt is designed to avoid redundancy in pleadings, in an effort to "secure simplicity in procedure and fairness in administration, and to and to eliminate unjustifiable expense and delay." Fed. R. Crim. P. 2. To the extent that this Court believes that additional facts or circumstances must be alleged as to Ms. Eisenhart's individualized situation before she can obtain relief that is similar to or which parallels what her co-defendant is seeking in these motions, Ms. Eisenhart also seeks leave of court as necessary to conform the co-defendant's motions, by particularizing them and adding specific facts as necessary to warrant such relief.

Upon request, Ms. Eisenhart can also identify and list the specific motions received by her or undersigned counsel that she wishes to adopt. If additional motions are received by Ms. Eisenhart or undersigned counsel after the filing of this motion, or if additional facts or circumstances are revealed or discovered, or for other good cause shown, undersigned counsel

1

also reserves the right, with leave of court, to identify additional motions that should be adopted or conformed on behalf of Defendant Lisa Eisenhart.

WHEREFORE, Defendant prays that this motion be granted.

This 6th day of March, 2023.

Respectfully submitted,

_____/s/_____
Gregory S. Smith
Law Offices of Gregory S. Smith
913 East Capitol Street, S.E.
Washington, D.C. 20003
(202) 460-3381
gregsmithlaw@verizon.net
*Counsel for Defendant Lisa Eisenhart*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion is being served upon counsel for all parties through this Court's Electronic Case Filing system.

This 6th day of March, 2023.

_____/s/_____
Gregory S. Smith