UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.    )<br>)<br>ERIC GAVELEK MUNCHEL,    )<br>)<br>Defendant.    )<br>_____) | Case No. 21-CR-00118-RCL-1 |

**ORDER**

Upon consideration of the Defendant's Motion for Inventory and Return of Property, it is this ____ day of _____, 2023

**ORDERED** that said motion be, and hereby is, GRANTED and, further

**ORDERED** that the Government is to produce and provide an Inventory of all items and property seized from the Defendant and, further

**ORDERED** with regard to the Defendant's property that all items unlawfully seized are to be immediately returned to the Defendant, that all items which will not be used at trial are to be immediately returned to the Defendant and, further

**ORDERED** that the Government is to preserve and return all property seized from the Defendant at the close of trial barring the exception of lawful forfeiture, contraband, or written consent of the Defendant.

Dated _____, day of _____, 2023

_____
Honorable Royce C. Lamberth
United States District Court Judge