UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 21-CR-00118-RCL-1 |
| ) | |
| ERIC GAVELEK MUNCHEL, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

Upon consideration of the Defendant's Motion for Inventory and Return of Property, it is this ____ day of _____, 2023

**ORDERED** that said motion be, and hereby is, GRANTED and, further

**ORDERED** that the Government is to produce to Counsel for the Defendant a full and complete list of all witnesses they intend to introduce at trial.


Dated _____, day of _____, 2023


_____
Honorable Royce C. Lamberth
United States District Court Judge