**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | )   **Case No. 21-CR-00118-RCL-1** |
| | ) |
| **ERIC GAVELEK MUNCHEL,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## DEFENDANT'S MOTION TO ADOPT CO-DEFENDANT'S MOTION FOR NOTICE BY THE GOVERNMENT OF ITS INTENT TO USE EVIDENCE ARGUABLY SUBJECT TO SUPPRESSION, MOTION TO PRESERVE EVIDENCE, AND MOTION TO TEST PHYSICAL EVIDENCE

**COMES NOW** Defendant, Eric G. Munchel, by and through undersigned counsel, and respectfully tenders his motion to adopt his co-defendant's *Motion for Notice by the Government of its Intent to use Evidence Arguably Subject to Suppression, Motion to Preserve Evidence,* and *Motion to Test Physical Evidence* in their entirety. Defendant adopts by reference and incorporates herein his co-defendant's pleadings as set forth in her various motions. *See* ECF 166, 170, and 174.

**WHEREFORE** Defendant prays this Court make and enter its Order granting his Motion, and for such other and further relief as this Court shall deem just and proper on the premise.

Respectfully submitted,

Joseph W. Allen, MO BAR #57669
1015 W. State Hwy. 248 Ste. I
Branson, MO 65616
Telephone:  417/334-6818
Facsimile:  417/612-7081
joe@mybransonattorney.com
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March 2023, I filed the foregoing Motion to Adopt Co-Defendant's Motions by the Court's CM/ECF system. All case registered parties will be served by CM/ECF.

Joseph W. Allen