# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 21-CR-00118-RCL-1 |
| ) | |
| ERIC GAVELEK MUNCHEL, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

Upon consideration of the Defendant's Motion to Adopt Co-Defendant's Motions, it is this _____ day of _____, 2023

**ORDERED** that said motion be, and hereby is, GRANTED

Dated _____, day of _____, 2023

_____

Honorable Royce C. Lamberth

United States District Court Judge