UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| v.   ) | Case No. 21-CR-00118-RCL-1 |
| ) | |
| ERIC GAVELEK MUNCHEL,   ) | |
| ) | |
| Defendant.   ) | |

**ORDER**

Upon consideration of the Defendant's Motion for Advance Notice and Exclusion of all Co-Conspirator Statements and Hearsay, it is this _____ day of _____, 2023

**ORDERED** that said motion be, and hereby is, GRANTED and, further

**ORDERED** that the Government is to provide advance notice to Counsel for the Defendant of all co-conspirator statements they intend to introduce at trial and, further

**ORDERED** that the Government is to submit all such proposed statements to this Court for review prior to their introduction at trial.

Dated _____, day of _____, 2023

_____
Honorable Royce C. Lamberth
United States District Court Judge