UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 21-CR-00118-RCL-1 |
| ) | |
| ERIC GAVELEK MUNCHEL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon consideration of the Defendant's Motion to Suppress and for Evidentiary Hearing, it is this _____ day of _____, 2023

**ORDERED** that said motion be, and hereby is, GRANTED and, further

**ORDERED** that prior to the introduction of any statements made by the Defendant to any government official or agent thereof at trial, the Government is to produce said statements and an evidentiary hearing be held to determine their voluntary nature and admissibility.

Dated _____, day of _____, 2023

_____
Honorable Royce C. Lamberth
United States District Court Judge