UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Case No. 21-CR-00118-RCL-1 |
| ) | |
| ERIC GAVELEK MUNCHEL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ORDER

**COMES NOW** Defendant, Eric G. Munchel, by and through undersigned counsel, and respectfully submits his motion for leave to file amended Order and in support thereof states:

1. On March 6, 2023 Defendant filed his Motion for Pre-Trial Release of the Government's Witness List.

2. Simultaneous therewith a proposed Order was also filed.

3. Said Order contains a typographical error which requires an amended order be filed.

4. The same is attached hereto and filed herewith.

**WHEREFORE** Defendant respectfully prays this Court grant his Motion for Leave to File Amended Order, and for such other and further relief as this Court shall deem just and proper on the premise.

Respectfully submitted,

*/s/ Joseph W. Allen*

_____
Joseph W. Allen, MO BAR #57669
1015 W. State Hwy. 248 Ste. I
Branson, MO 65616
Telephone:  417/334-6818
Facsimile:  417/612-7081
joe@mybransonattorney.com
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March 2023, I filed the foregoing Motion for Leave to File Amended Order by the Court's CM/ECF system. All case registered parties will be served by CM/ECF.

*/s/ Joseph W. Allen*

_____
Joseph W. Allen