UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 1:21-cr-118 (RCL) |
| ERIC MUNCHEL and : | |
| LISA EISENHART, : | |
| : | |
| Defendants. : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney (AUSA) Rebekah Lederer will appear, in the above captioned case, as co-counsel on behalf of the government. AUSA Michael Gordon remains counsel of record.

                                                Respectfully submitted,

                                                MATTHEW M. GRAVES
                                                United States Attorney
                                                DC Bar No. 481052

                                                Michael Gordon
                                                Assistant United States Attorney (Detailee)

By:    */s/ REBEKAH LEDERER*
           REBEKAH LEDERER
           Pennsylvania Bar No. 320922
           Assistant United States Attorney
           U.S Attorney's Office for District of Columbia
           601 D St. N.W, Washington, DC 20530
           Tel. No. (202) 252-7012
           rebekah.lederer@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 15th day of March 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ REBEKAH LEDERER*