UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:21-cr-118 (RCL)** |
| | : | |
| **ERIC MUNCHEL and** | : | |
| **LISA EISENHART** | : | |
| **Defendants.** | : | |

## UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME

The United States of America respectfully submits this motion for an extension of time to file a response in opposition to defendants' various motions (ECF No.161-166, 168, 170-178, and 180-187).

The Court previously ordered all parties to file pre-trial motions by March 6, 2023. All parties complied. Defendants filed, in total, 24 motions, including motions to adopt and join.

A brief extension of time, for the parties to file its responses in opposition, to March 27, 2023, is appropriate.  Both parties have been working, in earnest, towards a possible stipulated trial. An extension would give both parties the ability to focus on finalizing the paperwork for the stipulated trial.  The defendants have no objection to the requested extension and both parties agree that it would be appropriate to also extend the due date for any replies.

For these reasons, the United States respectfully requests an order extending the time for the parties to file opposition briefs to the pretrial motions until March 27, 2023; and for the parties to file their reply briefs until April 10, 2023.


Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    */s/ Rebekah E. Lederer*
REBEKAH E. LEDERER
Assistant United States Attorney
Bar No. PA 320922
601 D Street, N.W.
Washington, D.C. 20001
(202) 252-7012
Rebekah.Lederer@usdoj.gov

*/s/ Michael M. Gordon*
MICHAEL M. GORDON
Assistant United States Attorney
Florida Bar No. 1026025
400 N. Tampa St., Suite 3200
(813) 274-6370
michael.gordon3@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-118-(RCL) |
| | : | |
| ERIC MUNCHEL, and, | : | |
| LISA EISENHART | : | |
| Defendant. | : | |

## PROPOSED ORDER

Having considered the United States of America's motion for an extension of time, and finding that there is good cause to grant the motion, and finding that there is no opposition to the requested relief;

It is hereby ORDERED that the motion be, and hereby is, GRANTED.

The parties' responses in opposition to the pre-trial motions filed in this case on March 6, 2023 shall be filed on or before March 27, 2023, and any reply briefs on those motions shall be filed on or before April 10, 2023.

IT IS SO ORDERED.


_____
The Hon. Royce C. Lamberth
United States District Judge

3