UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-118-(RCL) |
| | : | |
| ERIC MUNCHEL, and, | : | |
| LISA EISENHART | : | |
| Defendant. | : | |

## ~~PROPOSED~~ ORDER

Having considered the United States of America's motion for an extension of time, and finding that there is good cause to grant the motion, and finding that there is no opposition to the requested relief;

It is hereby ORDERED that the motion be, and hereby is, GRANTED.

The parties' responses in opposition to the pre-trial motions filed in this case on March 6, 2023 shall be filed on or before March 27, 2023, and any reply briefs on those motions shall be filed on or before April 10, 2023.

IT IS SO ORDERED.

*Royce C. Lamberth  3/17/23*
The Hon. Royce C. Lamberth
United States District Judge