# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-118 (RCL) |
| v. : | |
| : | |
| ERIC MUNCHEL, and : | |
| LISA EISENHART : | |
| : | |
| Defendants. : | |

## MOTION FOR LEAVE TO FILE OMNIBUS RESPONSE IN EXCESS OF PAGE LIMIT

On March 6, 2023, the defendants filed motion to dismiss the ten count indictments as well as motions to adopt each other's arguments. *See* ECF Nos. ECF Nos. 161, 176, 177, 178, 182. On March 17, 2023, the government filed an unopposed motion to extend its deadline to respond to the defendants' motions, which the Court granted. *See* ECF No. 190; Order Granting Extension (March 17, 2023). The government's response is due on March 27, 2023.

In recognition of the page limits set forth in Local Criminal Rule 47(e), the government drafted a motion to exceed the page limit in an omnibus response and provided the defendants with a copy. The United States intends to file its omnibus response on the docket as an attachment to the motion to exceed the page limit. Rather than file two separate opposition briefs, each separately within the 45-page limit imposed by Local Criminal Rule 47(e), the government requests leave to file the attached omnibus opposition. The omnibus opposition is 55 pages long and concisely address each of the defendant's shared arguments. *See* Ex. 1. This is well below the 90 pages the government would have available via two separate filings under Local Criminal Rule 47(e).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: */s/ Rebekah E. Lederer*
REBEKAH E. LEDERER
Assistant United States Attorney
Pennsylvania Bar No. 320922
601 D Street, N.W.
Washington, D.C. 20001
(202) 252-7012
Rebekah.Lederer@usdoj.gov

*/s/ Michael M. Gordon*
MICHAEL M. GORDON
Assistant United States Attorney
Florida Bar No. 1026025
400 N. Tampa St., Suite 3200
Tampa, FL 33606
(813) 274-6370
michael.gordon3@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No. 21-CR-118 (RCL) |
| v. | : | |
| | : | |
| **ERIC MUNCHEL, and** | : | |
| **LISA EISENHART** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of the United States' Motion for Leave to File Omnibus Response in Excess of Page Limit, it is hereby

**ORDERED** that the motion is **GRANTED**. It is further

**ORDERED** that the United States' omnibus opposition to the defendants' motions to dismiss, ECF No. 193, Ex. 1, is **ACCEPTED AS FILED**.

Date: _____

                                             THE HONORABLE ROYCE C. LAMBERTH
                                             UNITED STATES DISTRICT JUDGE