UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-118 (RCL) |
| | : | |
| **ERIC MUNCHEL** and | : | |
| **LISA EISENHART** | : | |
| Defendants. | : | |

### JOINT MOTION FOR BENCH TRIAL WITH STIPULATED FACTS

The United States of America, defendant Eric Munchel, by and through his counsel, and defendant Lisa Eisenhart, by and through her counsel (collectively, "the parties"), have agreed to conduct a bench trial with stipulated facts in lieu of a traditional jury or bench trial. The parties respectfully jointly request that the Court schedule such a bench trial with stipulated facts to resolve this matter.

The Court previously ordered all parties to appear on April 11, 2023, for a jury trial. On March 30, 2023, the United States, both defendants, and their attorneys signed a joint statement of elements and facts to be used in the proposed bench trial. The defendants also signed a waiver of their jury trial rights that expressly preserves their rights to appeal any ruling by the Court denying their pending motions to dismiss Counts 1 and 2. *See* ECF Nos. 161, 176. The joint statement of elements and facts and the two waivers have been provided to the Court.

All parties respectfully request that the Court vacate the April 11, 2023, jury trial date and schedule a bench trial with stipulated facts on April 18, 2023, at 10:00 a.m.

|  | Respectfully submitted, |
|---|---|
|  | MATTHEW GRAVES<br>UNITED STATES ATTORNEY |
| *For Lisa Eisenhart* | D.C. Bar No. 481052 |
| */s/ Gregory Smith*_____ | */s/ Michael M. Gordon*_____ |
| Gregory Smith | MICHAEL M. GORDON |
| Law Offices of Gregory S. Smith | Assistant United States Attorney, Detailee |
| 1200 19th St. NW, 3rd Floor | Florida Bar No. 1026025 |
| Washington, D.C. 20036 | 400 N. Tampa St., Suite 3200 |
| (202) 460-3381 | Tampa, Florida 33602 |
| gregsmithlaw@verizon.net | (813) 274-6370 |
|  | Michael.Gordon3@usdoj.gov |
| *For Eric Munchel* |  |
| */s/ Joe Allen*_____ | */s/ Rebekah Lederer*_____ |
| Joe Allen | REBEKAH LEDERER |
| Joe Allen, Attorney at Law, PC | Assistant United States Attorney, Detailee |
| 1015 W State Hwy 248 | Pennsylvania State Bar No. 320922 |
| Suite I | 601 D St., NW |
| Branson, MO 65616 | Washington, D.C. 20001 |
| (417) 334-6818 | (202) 252-7012 |
| joe@mybransonattorney.com | rebekah.lederer@usdoj.gov |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-118-(RCL) |
| | : | |
| ERIC MUNCHEL and | : | |
| LISA EISENHART | : | |
| Defendants. | : | |

### PROPOSED ORDER

Having considered the joint motion for a bench trial with stipulated facts;

It is hereby ORDERED that the motion be, and hereby is, GRANTED.

The April 11, 2023, jury trial date is vacated, and all parties shall appear before the Court on April 18, 2023, at 10:00 a.m., for a bench trial with stipulated facts.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　The Hon. Royce C. Lamberth
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge