UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA

    Plaintiff

    v.                                    Civil Case No.: 21-CR-118 (RCL)

ERIC MUNCHEL, et al

    Defendant

## EXHIBITS FOR THE GOVERNMENT

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 101 | Hotel CCTV still from 1/5 | | 4/18/2023 | |
| 102 | Hotel CCTV still from 1/6 | | 4/18/2023 | |
| 201 | Restricted Area Map | | 4/18/2023 | |
| 203 | January 6th Montage | | 4/18/2023 | |
| 204 | West Lawn Montage | | 4/18/2023 | |
| 205 | House and Senate Floor Montage | | 4/18/2023 | |
| 206 | 3 U.S.C. § 15 | | 4/18/2023 | |
| 207 | 3 U.S.C. § 16 | | 4/18/2023 | |
| 208 | 3 U.S.C. § 17 | | 4/18/2023 | |
| 209 | 3 U.S.C. § 18 | | 4/18/2023 | |
| 210 | S. Con. Res. 1 | | 4/18/2023 | |
| 211 | Senate Records Certification | | 4/18/2023 | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 212 | House Records Certification | | 4/18/2023 | |
| 213 | Congressional Record – Senate | | 4/18/2023 | |
| 214 | Congressional Record – House | | 4/18/2023 | |
| 301 | Munchel cell phone recording | | 4/18/2023 | |
| 302 | Photo of USCP wearing riot gear, from behind | | 4/18/2023 | |
| 303 | Photo of USCP wearing riot gear, from side | | 4/18/2023 | |
| 304 | Photo of man displaying "TRUMP WINS!" newspaper | | 4/18/2023 | |
| 401 | Photo of defendants on Capitol grounds | | 4/18/2023 | |
| 402 | Photo of Munchel climbing over banister in Senate Gallery | | 4/18/2023 | |
| 403 | Photo of Munchel just after climbing over banister in Senate Gallery | | 4/18/2023 | |
| 404 | Annotate version of ex 402 | | 4/18/2023 | |
| 501 | CCTV – Upper west terrace door | | 4/18/2023 | |
| 501.1 | Still from ex 501 | | 4/18/2023 | |
| 501.2 | Copy of ex 501.1 with defendants circled | | 4/18/2023 | |
| 502 | CCTV – Upper west terrace door (Interior) | | 4/18/2023 | |
| 503 | CCTV - Rotunda | | 4/18/2023 | |
| 503.1 | Still from ex 503 | | 4/18/2023 | |
| 503.2 | Copy of ex 503.1 with defendants circled | | 4/18/2023 | |
| 504 | CCTV – 3rd floor east corridor | | 4/18/2023 | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 505 | CCTV – Senate gallery hallways | | 4/18/2023 | |
| 506 | CCTV – Hallway outside Senate Room 309 | | 4/18/2023 | |
| 506.1 | Still from ex 506 | | 4/18/2023 | |
| 506.2 | Copy of ex 506.1 with defendants circled | | 4/18/2023 | |
| 507 | CSPAN - Senate | | 4/18/2023 | |
| 507.1 | Clip of relevant portion | | 4/18/2023 | |
| 507.2 | Still from ex 507 | | 4/18/2023 | |
| 507.3 | Copy of ex 507.2 with defendants circled | | 4/18/2023 | |
| 508 | CCTV – Senate gallery hallway W | | 4/18/2023 | |
| 509 | CCTV – West Stairs | | 4/18/2023 | |
| 510 | CCTV – Senate Carriage Doors | | 4/18/2023 | |
| 510.1 | Still from ex 510 | | 4/18/2023 | |
| 510.2 | Copy of ex 510.1 with defendants circled | | 4/18/2023 | |
| 601 | London Times Article | | 4/18/2023 | |
| 701 | Photo from Munchel search warrant – zip ties | | 4/18/2023 | |
| | | | | |