August 28, 2023

To Whom it May Concern:

I am writing on behalf of my niece, Lisa Eisenhart. As she appears before you for sentencing, I wanted you to know her as I do. Lisa's father, my brother, was much older than me so we are very close in age. She is actually a year and a half older than me. Her parents divorced when she was very young. As kids, we were more like siblings. She and her brother spent a lot of time at my house. I always looked up to Lisa like an older sister. I have never known her to be anything other than responsible and caring. Life has given her some challenges, and she always overcame any obstacles thrown her way. She raised her two sons on her own, while putting herself through nursing school. She is always the first one to pitch in whenever anyone needs help. Her family means everything to her. Her first grandchild is due to be born in December. This is something she has been looking forward to for many years. She has already been a step-grandparent to her friend's 5 grandchildren. She would always carve out time to take them on adventures and just spend quality time with them to help relieve some of the pressure on her friend. I would never be able to handle 5 small children at one time! Please take into consideration the life Lisa has lived and her history when you decide her fate.

Sincerely,

*Nancy Kirk*
Nancy Kirk

[Address redacted]

Exhibit "A"

**gregsmithlaw@verizon.net**

| | |
|---|---|
| **From:** | Alex Munchel < [Email Redacted]> |
| **Sent:** | Saturday, August 26, 2023 10:01 AM |
| **To:** | gregsmithlaw@verizon.net |
| **Subject:** | My mother |

To whom it concern,

For as long as I can remember my mother has been a dedicated caretaker. As a child I took it for granted knowing my mother would be there, no questions asked to help fix and resolve any problem I encountered in life. As an adult, I see that she was shaping a life for me that would set me up to be a hardworking and dedicated American who never questioned the love of a parent. For most of my life, she raised me, Alex Munchel, and my brother, Eric Munchel, as a single parent. Not once did she ever let that stop her from working full time, supporting my brother and I in our education, being there for us at all of our Boy Scout camping trips and events.

Exhibit "B"

1

**gregsmithlaw@verizon.net**

| | |
|---|---|
| From: | Sharon Gavelek [Email Redacted] |
| Sent: | Monday, August 28, 2023 11:57 PM |
| To: | gregsmithlaw@verizon.net |
| Subject: | Lisa Eisenhart |

To whom it may concern:

My name is Scott Gavelek. I am Lisa Eisenhart's younger brother and I've known her for 58 years. Lisa is one of the most honest, hardworking people I know.
There isn't one part of her character that is criminal or malicious. In fact, quite the opposite. Ive only known my sister to be innocent, conservative, compassionate, and caring. She has always excelled academically and has obeyed the law in all ways.

When Lisa was in her 20's she found herself a single mother in a homeless shelter with 2 children. She did whatever it took to put herself through nursing school. She succeeded and has always been able to support her family and help others as well. In fact, when I was in a similar situation with my daughters years ago, Lisa stepped in in a big way to help us out. She sacrificed a lot of time, money, and energy to help support me and my daughters. And she still does.

Lisa is one of the good people in the world. She has been a nurse for over 30 years and she has a very giving, motherly heart. A lover of God, country and family.

In closing, I ask that she be given the same compassion that she's given to so many over the years.

Sincerely,

Scott Gavelek

Exhibit "C"

**gregsmithlaw@verizon.net**

| | |
|---|---|
| From: | Britt Webber [Email Redacted] |
| Sent: | Sunday, August 27, 2023 10:34 PM |
| To: | Gregsmithlaw@verizon.net |
| Subject: | Lisa Eisenhart |

My name is Brittany Webber, I am the niece to Lisa Eisenhart.

My Aunt Lisa has always played the roll of a mother to me. My entire 32 years of existing she has nurtured me and treated me as her own daughter. My aunt has never strayed and has always been there for me emotionally, physically and financially.

Through her loving guidance she has shaped me into the person and mother I am today. My aunt has led by example of how to live a genuine life and has always stood up for what is right. My Aunt Lisa is a passionate human being who is not perfect but is true to herself and others.

I love my Aunt Lisa and I am so very blessed to have her in my life to show me what a mentally strong, god fearing woman is.

Respectfully,

Brittany Webber

Exhibit "D"

1

**gregsmithlaw@verizon.net**

From: felicia walker [Email Redacted]
Sent: Tuesday, August 22, 2023 6:50 PM
To: gregsmithlaw@verizon.net

Dear Honorable Judge,

My name is Bernadette Pearson I have known Lisa Eisenhart for 9 years. We worked together at Piedmont Atlanta Hospital. During the nine years of knowing Lisa she has been an excellent coworker. she is caring ,loving and respectful. She is a wonderful nurse that has always shown compassion to her patients and to her coworkers.

Despite the situation that she is in , I can truly say that I have never experienced a negative vibe only good vibes. We all make mistakes but I don't believe that Lisa's intentions was to hurt or harm anyone.

I am asking that the courts be lenient towards Lisa with her consequences for her actions.If you need to contact me please feel free to me. My contact info is following [Phone # redacted] and my email is [Email redacted]

Sincerely,

Bernadette Pearson

Exhibit "E"

1

**gregsmithlaw@verizon.net**

From: felicia walker [Email Redacted]
Sent: Tuesday, August 22, 2023 6:53 PM
To: gregsmithlaw@verizon.net
Subject: Lisa Eisenhart

Felicia Walker
[Address Redacted]
August 22,2023

Regarding: Lisa Eisenhart

To the honourable judge

I have known Lisa Eisenhart as a good friend and coworker for approximately 8 years. I was both troubled and very surprised to hear about her recent event, she has always been a solid person and an outstanding citizen. It is for that reason I am happy to write a letter of reference for Lisa Eisenhart regarding this matter. I understand the seriousness of this matter however; I am praying that the court show some leniency towards Lisa Eisenhart.
Lisa Eisenhart has always been an upright person in the community, Lisa Eisenhart has made it a point to be with me in my family during a really rough time, on December 28th 2020 my youngest son(marine) took his life ,and I was on the phone with him. I immediately called Lisa and without hesitation she was there to support me my grandchildren, my children and family through this horrible time. I could not have made it without her support. Lisa Eisenhart is a great person inside and out. She would feed, dress, and nurture anyone that is in need. Lisa Eisenhart has been truly a great mentor, c friend, acting grandmother and auntie to my grandchildren and children.
   In addition to being a great friend a great nurse and a great person. She is usually an upstanding member of the community, while it is unfortunate that she has made some bad decisions that has resulted in this situation. While, I was very surprised to hear about this misconduct. I am not surprised to hear that she has taken responsibility for her actions, I believe that Lisa Eisenhart will express deep sense of regret in making such a serious decision.
   It is my sincere hope that the courts take this letter into consideration at the time of hearing. Despite the current case I still believe that Lisa Eisenhart is an honourable individual, valuable member of the community and a great human being.


Sincerely,
Felicia R Walker

Exhibit "F"

1

**gregsmithlaw@verizon.net**

| | |
|---|---|
| From: | felicia walker [Email Redacted] |
| Sent: | Tuesday, August 22, 2023 6:49 PM |
| To: | gregsmithlaw@verizon.net |
| Subject: | Lisa Eisenhardt |

To Who it may concern,
This letter is in reference to Ms Lisa Eisenhart Ms Lisa is the most kind hearted ,sweetest person that I have ever had the pleasure to meet. She has been around me and my children for many years now and I have never seen her Not once loose her temper . My children love and adore her. Since she has been in there lives she has treated them better than there own family . I just ask with everything I have that you be lenient with her sentencing.
   -sincerely
Dejianna Brantley

Exhibit "G"

1

gregsmithlaw@verizon.net

**From:** felicia walker [Email Redacted]
**Sent:** Tuesday, August 22, 2023 6:48 PM
**To:** gregsmithlaw@verizon.net
**Subject:** Letter for Lisa Eisenhardt

8/21/2023

To whom this may concern:
I am writing this message on the behalf of my children's bonus grandmother mother ms. Lisa Eisenhart. Since the day Ms Eisenhart entered our life's she had been nothing but an amazing, caring and loving woman and grandmother to me and her grandchildren. However I have never known mrs. Eisenhart to be a violent or confrontational person to anyone. So I pray that the courts and Jude appointed to mrs Eisenhart case understands that she is truly an amazing woman and grandmother. Opposed to viewing Mrs. Eisenhart as a criminal

Sincerely
Zenobia Arnold

Exhibit "H"

1

## gregsmithlaw@verizon.net

**From:** Josh Johnson [Email Redacted]
**Sent:** Thursday, August 31, 2023 9:52 AM
**To:** Gregsmithlaw@verizon.net
**Subject:** Lisa Eisenhart

To whom it may concern,

Lisa is like a second mother to me. For as long as I have known her she has always put others first. I can't believe this government has treated her like this. For someone who has dedicated her adult life to nursing and a life of taking care of others. She was the only person that was able to convince my dad to go to the hospital during his last days. She is a friend, a mother, a daughter and soon to be a grandmother. She is one of the strongest women I have ever known. My heart goes out for Lisa and her family during this time. God bless America and thank God for Lisa Eisenhart.

Sent from my iPhone

Exhibit "I"

1

To Whom It May Concern:

I know Lisa Eisenhart is a woman in trouble with the law. I know, to you, she is just another news story; just another court case. But Lisa Eisenhart is more than that. Lisa Eisenhart is a mother, daughter, good friend, and soon to be first time grandmother.

I know Lisa because Lisa knows my son. I love Lisa because Lisa loves my son. When my son was at his worst, Lisa gave him her best. Her relationship to him is that of a second mom and for almost 8 years she has loved him as her own. She has served him well and for that I am eternally grateful.

I would dare say that living in the aftermath of January 2021 has taken its toll on Lisa. But amazingly, despite the seriousness of her circumstances and the weight of an uncertain future, Lisa has chosen to continue to live and to give.

My love for Lisa deepened when late last year my husband became deathly sick but refused to go to the hospital. When our family was at our wit's end, we reached out to Lisa. We knew she was the only one he would listen to. She came to our home between her nursing appointments, examined him and firmly convinced him that he needed to go to the emergency room. She volunteered to go with us to the hospital even though she already had a full day scheduled. She insisted on staying with us until she was certain we were taken care of. She was our medical advocate and personal support person in a very challenging time. I am forever grateful to Lisa for her willingness to, without hesitation, make us a priority in our time of crisis.

Some time after my husband passed, I needed to haul quite a few items from my property. I wasn't in the best financial position to pay a junk removal company but Lisa once again came to the rescue. She not only volunteered the use of her truck but also rolled up her sleeves and helped load up the truck, drive to the dump and unload it all as well.

These are just two very personal examples from recent months that show the charitable spirit of a woman who despite deep troubles of her own, still chose to help along the way.

It is very hard to comprehend all that Lisa will experience in the coming days. I don't dare presume to know what her future will look like. I only know she really loves her family and is looking forward to the birth of her first grandchild. She desires nothing more than to work hard and live a decent life before God and man.

Exhibit "J"

It is my hope and genuine prayer that mercy and grace be extended to Lisa Eisenhart. For her sake and for the sake of all who love and need her I am humbly asking that Lisa be given the lowest sentence possible.

Thank you.


Yvette Johnson

August 31, 2023

Dear Judge Lamberth:

Although your first impression of me has come from the video we made on January 6, which shows me in a very passionate state of mind and using heated rhetoric, I believe it is important for you to understand that I have never been violent and am not now a violent person. I am basically a normal law-abiding citizen who works, pays taxes, cares for those around me, and regularly worships at church. I've spent my entire adult life caring for others, starting at age 18 when I became a nursing assistant in a nursing home. I have an unblemished nursing employment record since my original licensure in 1994. Having a long and successful career in nursing necessitates being a kind and caring person who is accountable to a multitude of laws, regulations, policies, practice acts, intense employer scrutiny as well as patient satisfaction feedback. I believe this demonstrates that I have been a law abiding person and not prone to violence or crime, although I recognize that this case will now give me a felony conviction.

To help you understand this better, you should know that my children's father beat me and also harmed my children, and he was arrested for this abuse when my children were just 6 and 20 months old. I made a police report. He was arrested, and then I and my babies were taken directly to a battered women's shelter. In another county. I instantly became a homeless mother of two fatherless children under the age of 2 in a state with no relatives or support of any kind. This of course, was the worst event of my life. I was extremely angry at my children's father for what he did to me and our children. Far angrier than I ever felt on January 6. However, I never retaliated against him physically. I'm sure I yelled and said some extremely mean things to him after this, but I never became violent. I do not resolve my anger by being violent. I was not violent on January 6 because it is not how I deal with angry feelings.

As to whether I will repeat my actions, I will not. I would never put myself in that situation again. I have now learned that rallies are dangerous both physically and legally and accomplish nothing legally or culturally to further my patriotic beliefs. I would never again put my family and friends through the suffering caused by the legal and social costs of my participation in January 6. I have frankly abstained from all political activities since that time. I was on curfew and could have participated in local political events, but I chose, and still choose, not to do so. I now see that neither BLM, nor Antifa, nor Proud Boys, nor Trump supporters, nor any other political protesters, have accomplished their goals through protests, rallies, or riots. In fact, it seems to turn popular opinion against those who participate. After leaving prison I will focus on my grandchild, my sons, my elderly mother, and my church. I believe that will keep me too busy and too happy to worry about politics.

Lisa Eisenhart

Exhibit "K"