**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-cr-118 (RCL) |
| ) | |
| LISA MARIE EISENHART ) | |

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

NOW COMES Defendant LISA MARIE EISENHART, by and through undersigned counsel, and moves this Court to allow her to move, while on U.S. Pretrial supervision, from Woodstock, GA to Nashville, TN, where she would reside with her other son (not Eric Munchel), who would serve as replacement custodian, as noted below. Government counsel advises that it does not oppose this request so long as U.S. Pretrial Services does not oppose.

As noted at Ms. Eisenhart's recent sentencing hearing, she would like to move soon to Nashville to be nearer to her grandchild upon his/her birth. Ms. Eisenhart also understands that it may be advantageous to move to Nashville before she starts serving the remainder of her sentence; otherwise, she may encounter challenges within BOP getting released to Nashville if BOP treats Woodstock, GA as her District of residence. Accordingly, Ms. Eisenhart asks that this request be approved, to allow her to relocate to Nashville sooner rather than later. Ms. Eisenhart has spoken to her U.S. Pretrial Officer in the Northern District of Georgia, and has been told that the Georgia office does not oppose this request, but also that they believe they lack authority to authorize such a transfer to the Middle District of Tennessee without a Court Order.

Ms. Eisenhart's other son should serve as a suitable substitute custodian for Ms. Eisenhart, since he was previously approved as the custodian for Eric Munchel in the Nashville area, before Eric Munchel got married and his new wife then became his substitute custodian.

WHEREFORE, Ms. Eisenhart requests that this motion be granted, and that she be permitted to move soon to the Nashville area under supervision of the U.S. Pretrial Office there, and with her other son then serving as her substitute custodian pursuant to this Court's bond.

Respectfully submitted,

_____/s/_____
Gregory S. Smith
D.C. Bar No. 472802
Law Offices of Gregory S. Smith
913 East Capitol Street, S.E.
Washington, D.C. 20003
(202) 460-3381
*Counsel for Defendant Lisa Marie Eisenhart*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion is being served upon counsel for the United States via the Electronic Case Filing system.

This 12th day of September, 2023.

_____/s/_____
Gregory S. Smith