**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION |
| | ) | |
| LISA EISENHART | ) | NO. 1:21-CR-00118-02 (RCL) |
| | ) | |

## NOTICE OF APPEAL

NOW COMES Defendant Lisa Eisenhart, by and through undersigned counsel, and hereby notices an appeal of the judgment, including her convictions on Counts One and Two of the Second Superseding Indictment, and her sentence, entered on or about September 8, 2023.

This 12th day of September, 2023.

         /s/ Gregory S. Smith
Gregory S. Smith
Law Offices of Gregory S. Smith
913 East Capitol Street, S.E.
Washington, D.C. 20003
(202) 460-3381
*Counsel for Defendant Lisa Eisenhart*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being served upon counsel for the United States, including lead Assistant U.S. Attorney Michael M. Gordon, via the Electronic Case Filing system.

This 12th day of September, 2023.

                                          /s/ Gregory S. Smith
                                          Gregory S. Smith