# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3171**                                                      **September Term, 2024**

                                                                    **1:21-cr-00118-RCL-1**

                                                              **Filed On:** December 20, 2024

United States of America,

    Appellee

    v.

Eric Gavelek Munchel,

    Appellant

**BEFORE:**   Katsas, Childs, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the joint motion to vacate, it is

**ORDERED** that the joint motion be granted, appellant's convictions under 18 U.S.C. §§ 1512(c)(2) and 2 and 18 U.S.C. § 1512(k) be vacated, and the case be remanded for further proceedings, including but not limited to the district court's consideration of this court's decision in United States v. Brock, 94 F.4th 39 (D.C. Cir. 2024).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to issue the mandate forthwith to the district court.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:   /s/
        Erica Thorner
        Deputy Clerk